# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION


ANGELIA FOWLER,

      Plaintiff,

vs.                                                    Civil Action No. 8:21-cv-01038-WFJ-AAS

EXPERIAN Information
SOLUTIONS, INC., and
PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

      Defendants.                       /

## DEFENDANT PREFERRED COLLECTION AND MANAGEMENT SERVICE, INC.'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

1.     For each person answering these interrogatories, please state your:
     a) Full Name and all aliases:
          Matt Kiefer
     b) Date and place of birth:
          8/14/67 Clark AFB, Phillipines.
     c) Business or Occupation:
          Chief Officer of Information, Compliance & Development
          The Preferred Group of Tampa
     d) Business address:
          8875 Hidden River Pkwy Ste 100
          Tampa, FL 33637

2.      Identify by name, publisher, publisher's address, vendor and vendor's address, any commercial software which you use to maintain, bill, collect, or report any information relating to your Plaintiff accounts or application information relating to your Plaintiff accounts.

Answer:      To the extent that "your Plaintiff accounts" refers to debtor accounts assigned to Preferred Collection and Management Services, Inc., ("PCMS") answers as follows:  since 2017, PCMS has used the commercial collections software made by InterProse called ACE. InterProse is based out of Vancouver, Washington.

3.      State all defenses you claim with regard to liability. For each claimed defense, identify each witness and document upon which the defense is based.

Answer:      See Defendant's Answer and Affirmative Defenses.
Matt Kiefer, Jennifer Thorpe, Odalys Diaz, Caridad Vinson, and Christine Morales all are witnesses and the documents relied upon are business records of PCMS.  Christine and Caridad are no longer employees of the company.

4.      Please provide the dates of each and every communication PREFERRED had with the Plaintiff or any other party to this lawsuit concerning any of the facts or allegations described in this lawsuit or any pleading you have filed or may file, identify the persons with whom you communicated, and explain and describer the contest of your communications.

Answer:      Accounts were assigned 12/12/2016 and a validation letter was sent on or about 12/27/2016.

Call attempts were made in 2017 on 1/25, 1/26, 1/27, 1/30, 8/7, to no avail.
The account(s) were credit reported 5/25/2017 and 5/28/2017.

Odalys received a nonspecific dispute (code 001 "not his/hers") on all that were assigned to Preferred through the electronic system, E-Oscar, from the bureaus 11/9/17 and verified the information in our system against what was presented in E-Oscar and generated a response letter to go out to the consumer for her accounts. This would have contained the account(s) information that we have along with our contact

information and name of the original creditor as well as dates of service.

Odalys received another E-Oscar dispute 5/8/2019 claiming a HIPAA violation, specifically stating that she did not give permission to exchange her PHI. The account continued to be marked disputed but collection agencies do not need a patient's permission to collect on an account nor report it on their credit file. Such disclosure activity is expressly permitted under HIPAA under treatment, payment and operations (TPO) exceptions for a business associate of a provider covered by a business Associates Agreement.

Christine then received a certified mail (dispute letter) 5/28/2019 and it was uploaded to the patient's account 5/30/2019 by Caridad. Christine received another certified dispute letter 6/10/2019 and it was uploaded to the patient's account(s) by Caridad 6/14/2019.

Odalys received another E-Oscar dispute  2/24/2021 and saw the demographics had not changed.

Our client decided to cancel all of the accounts they had placed with us on 3/10/2021 because they had closed their business due to his wife falling ill. Cancelled account are removed from credit reporting during the next file transfer the following month.

5.     Please state the names, home addresses and telephone numbers of each and every person having knowledge of facts or having formed any opinions relating to any or all of the incidents which are the basis of this lawsuit, any allegation made in this lawsuit, any defense raised in this lawsuit, the cause of any alleged incident underlying this lawsuit or damages claimed in this lawsuit, or relating to any of the damages incurred by Plaintiff including any of your employees who, in any way, handled or supervised any matter in connection with Plaintiff's disputes to you, your credit reporting about Plaintiff, and any of your communications with Plaintiff or any credit reporting agency regarding Plaintiff.

Answer:     Matt Kiefer, Jennifer Thorpe, Odalys Diaz, all of who are employees of Defendant and may be contact via counsel for Defendant.

Former employee Christine Morales (address unknown)

Former employee Caridad Marie Vinson last known address 1937 W. Arch St., Tampa, FL 33607

6.    In light of the allegations, please identify each action taken by you in verifying the credit information relating to Plaintiff which was NOT taken intentionally with full knowledge of your obligations and Plaintiff's rights under the Fair Credit Reporting Act.

Answer:    Unable to answer the interrogatory as phrased it is vague.

7.    Please provide a detailed description (including any title(s) of any and all manuals guides, algorithms, rules, or other document(s) containing such description) of how you utilize, rank, or weigh different pieces of personal identifying information, such as first name, middle initial or name, last name, current address, former address, date or year of birth, and Social Security number, when determining what items to include in a given Plaintiff report?

Answer:    To the extent that a "given Plaintiff report" means a credit report about Plaintiff's account assigned to PCMS, there is no weighing or ranking utilized when determining what items to include in a given credit report.  The amount of the balance, or our client's instructions on credit reporting are factors.  However, the items to be included if credit reporting occurs is dictated by the Metro2 format. Generally speaking, we report the information we receive from our clients under the headers in the Metro 2 file specs.

8.    Identify the true creditor of any account which PREFERRED Company reported in association with Plaintiff's personal identifiers–including but not limited to the holder of the account or securitization trust which owned the credit obligation–and the nature of any relationship between, any true creditor, [and] PREFERRED.

Answer: Preferred was a third-party debt collector on the following accounts:

| Client Account # | Agency Account # | Account Assigned Date | Account Last Charge Date | PROVIDER NAME |
|---|---|---|---|---|
| █505 | █3776 | 12/12/2016 | 12/3/2015 | Ahmed, Jahangir |
| █412 | █3181 | 12/12/2016 | 12/11/2015 | Kumar, Mukesh |
| █646 | █3344 | 12/12/2016 | 11/21/2015 | Robinson, Domain |
| █480 | █3378 | 12/12/2016 | 11/20/2015 | Hoosien, Ebrahim |
| █428 | █3801 | 12/12/2016 | 12/2/2015 | Ahmed, Jahangir |
| █059 | █3484 | 12/12/2016 | 11/17/2015 | Hoosien, Ebrahim |
| █822 | █3990 | 12/12/2016 | 11/26/2015 | SHAH, SHEELA R |
| █472 | █3323 | 12/12/2016 | 11/22/2015 | Robinson, Domain |
| █964 | █3250 | 12/12/2016 | 12/8/2015 | SHAH, SHEELA R |
| █519 | █3128 | 12/12/2016 | 12/13/2015 | Kumar, Mukesh |
| █671 | █3735 | 12/12/2016 | 12/4/2015 | Jumapao, Azucena |
| █732 | █4019 | 12/12/2016 | 11/25/2015 | SHAH, SHEELA R |
| █102 | █3925 | 12/12/2016 | 11/28/2015 | Kumar, Mukesh |
| █225 | █3444 | 12/12/2016 | 11/18/2015 | Hoosien, Ebrahim |
| █333 | █3418 | 12/12/2016 | 11/19/2015 | Hoosien, Ebrahim |
| █600 | █4071 | 12/12/2016 | 11/23/2015 | SHAH, SHEELA R |
| █915 | █4632 | 12/12/2016 | 11/16/2015 | Hoosien, Ebrahim |
| █320 | █3877 | 12/12/2016 | 11/30/2015 | Ahmed, Jahangir |
| █321 | █3218 | 12/12/2016 | 12/10/2015 | Kumar, Mukesh |
| █315 | █3160 | 12/12/2016 | 12/12/2015 | Kumar, Mukesh |
| █982 | █3963 | 12/12/2016 | 11/27/2015 | Ahmed, Jahangir |
| █685 | █3712 | 12/12/2016 | 12/5/2015 | Jumapao, Azucena |
| █693 | █3676 | 12/12/2016 | 12/6/2015 | Jumapao, Azucena |
| █758 | █3280 | 12/12/2016 | 12/7/2015 | Jumapao, Azucena |
| █844 | █4650 | 12/12/2016 | 11/15/2015 | SHAH, SHEELA R |
| █799 | █4039 | 12/12/2016 | 11/24/2015 | SHAH, SHEELA R |
| █584 | █3116 | 12/12/2016 | 12/14/2015 | Kumar, Mukesh |
| █371 | █3832 | 12/12/2016 | 12/1/2015 | Ahmed, Jahangir |

9.     Identify each document which PREFERRED claims was executed by Plaintiff in order to initiate, consummate or fulfill any transaction with you.

Answer:     None. PCMS did not extend credit to or engage in any financial transactions with Plaintiff.

10.    Please provide a detailed description (including any title(s) of any and all manuals, guides, or other document(s) containing such description) of each policy, procedure, or measure you take to ensure that information of one Plaintiff does not get included in the credit file of another.

Answer:     The ACE computer software used by Preferred flags and generates credit report and by pulling the information to put it in the correct fields. The ACE layout to Metro 2 format is attached and incorporated.

11.    Please provide a detailed description (including any title(s) of any and all manuals, guides, or other document(s) containing such description) of how you identify whether a particular credit file is a Mixed File upon receipt of a dispute by a Plaintiff.

Answer:     The procedures for handling credit disputes made by a consumer to a credit reporting agency (CRA) are outlined on the website for e-OSCAR.   The name e-OSCAR stands for "Online Solution for Complete and Accurate Reporting."  e-OSCAR is a web-based, Metro2 compliant, automated system that enables Data Furnishers (DFs) such as PCMS, and Credit Reporting Agencies (CRAs) to create and respond to consumer credit history disputes.

The e-OSCAR system primarily supports Automated Credit Dispute Verification (ACDV) and Automated Universal Dataform (AUD) processing as well as a number of related processes that handle registration, subscriber code management and reporting.

ACDVs initiated by a CRA on behalf of a consumer are routed to the appropriate DF based on the CRA and subscriber code affiliations indicated by the DF. After a comparison between the personal information included in the ACDV with the DF's internal data file, the ACDV is returned to the initiating CRA with updated information (if any) relating to the consumer's credit history. If an account is modified

or deleted, Carbon Copies are sent to each CRA with whom the DF has a reporting relationship.

We report only the information we have in our system to the bureaus. If the Bureaus' (own)"matching criteria" places the item on the wrong person's report and It is disputed and found to be the case, we delete it. (I.E. Jr/ Sr issue where name is same but DOB and/or SSN is different.). If the claim is medical identity theft, we get with the client and ask the patient (victim) to send us a police report with the FTC Affidavit attached. We then cancel the account.

12.    Please identify by name and ID number each individual that handled any aspect of any dispute made by or on behalf of Plaintiff and received by or on behalf of you.

Answer:    See Answer #4 too
Odalys Diaz
Client Service Representative

Caridad Marie Vinson
1937 W. Arch St. Tampa, FL 33607

Christine Morales

13.    Please identify the number of mixed files you have confirmed (according to your own criteria for identifying and confirming Mixed Files) in each of the previous five (5) years.

Answer:    There is no way to measure this as the information for disputes is not stored anywhere other than the notes and the notes are not queryable. We have millions of accounts in Ace. We have had thousands upon thousands of disputes over the years with code 001 "not his or hers" and whether it was a jr/sr issue is not a data element that is stored. The code is most often used generically when someone doesn't recognize Preferred CMS, the client we are servicing, or moved an didn't receive letters. For instance, a patient could present at a hospital, be admitted and think they will only get a hospital bill, but in reality, they could get a bill from an attending physician in the ER, the lab, radiology doctor as well as the hospital for the x-ray, etc. They may not realize or recognize they received services from a multitude of different entities.

14.    Please identify the number of Plaintiff disputes that you investigated as mixed file matters (according to your own criteria for identifying mixed files) in each of the previous five (5) years.

Answer:    See answer for #13; answer is the same.

15.    If you intend to rely upon any interpretation of the FCRA and/or any legal or administrative authority thereon, as a defense to any action or inaction you have taken in connection with any claims asserted herein:

a) Please provide a detailed description of each interpretation of which you intend to rely;
Answer:    Authorities already stated in PCMS's answer to the complaint. No agency interpretations or expert opinions.

b) Please identify the date on which each interpretation was made and by whom;
Answer:    varying dates.

c) Please identify the date on which you determined to rely on each interoperation and the specific name and title of each person who made or participated in making that determination;

Answer:    unable to answer as phrased.

16.    Describe in detail all steps you and/or anyone acting on your behalf took to investigate any and all disputes made to you by Plaintiff in the past three (3) years.

Answer:    There were two types of disputes made by Plaintiff relating to the debts in issue. One was her dispute through credit reporting agencies. The other was a written letter sent directly to PCMS. The letter dispute sent directly to PCMS does not require action in credit reporting. PCMS noted that the account was disputed by Plaintiff and the nature of the disputes: that the accounts were not her accounts, and that she did not authorize the disclosure of HIPAA information to Preferred. The second type of dispute was through the e-OSCAR system which generated an ACDV which was sent by the CRA to PCMS. Plaintiff's

e-OSCAR dispute was a general dispute of the account.  The consumer is allowed to select any of a number of typical dispute types from a drop-down menu in e-OSCAR.  Plaintiff chose the e-OSCAR dispute code: "001: Not His/Hers".  As a result, the ACDV included her demographic information (name, SSN, DOB, address) that was contained in the specific credit file Plaintiff was disputing and that was provided to PCMS.  There is a service (Sonnet) which interfaces with PCMS's computer data from it Interprose ACE system, with the information in ACDV provided.  The Sonnet Program show the demographic information contained in the credit file side by side on the same computer screen with what is in PCMS's internal file.  A human employee of PCMS compares the data to see if there is any variation and makes changes and responds as required.  In this case, the demographic information in the credit report matched and there were no changes made to the credit file.

17.    How many files do you or have you maintained containing Plaintiff's credit information in the past three (3) years?

Answer:    Estimate of 70 times.

18.    Identify any and all third-party companies that provide telephone customer service on your behalf.

Answer:    None.

## VERIFICATION

STATE OF _Florida_

COUNTY OF _Hillsborough_

    BEFORE ME, the undersigned authority, personally appeared, who, after being duly sworn, deposes and says that he/she is the person named in the foregoing Answers to Interrogatories, that he/she has read the same, knows the contents thereof and the same are true as stated.

_____
By: Authorized Agent for Preferred Collection
And Management Services, Inc.

As: _Answers to Interrogatories_ The foregoing instrument was acknowledged before me this ___18th___ day of _November_, 2021 by

_Matt Kufer_, who is personally known to me or who has

produced _____ as identification and who

did take an oath.

NOTARY PUBLIC:

PAMELA R. GAFFORD
Commission # HH 081938
Expires May 19, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Sign

_Pamela R. Gafford_
Print

ACE Metro2 Docuementation

## ACE Fields or Static Values                         Metro2 Fields

"0460"                                              // 1 Record descriptor

"1"                                                 // 2 Processing Indicator

Todays Date (MMddyyyyHHmmss)                         // 3 Time Stamp

"0"                                                 // 4 Correction Indicator

ACE Customer ID                                     // 5 Identification Number

" " (blank)                                          // 6 Cycle Identifier

ACE Debt ID                                         // 7 Consumer Account
Number

"O"                                                 // 8 Portfolio Type

// 9 Account Type Logic

If Client Collection Type = "PURCHASED" Then

    Account Type = "0C"                              // 9 Account Type

else if Client Collection Type = "RETURNED_CHECKES" Then

    Account Type = "77"                              // 9 Account Type

else

    Account Type = "48"                              // 9 Account Type

ACE Assigned Date                                   // 10 Date Of Opened

" " (blank)                                          **// 11 Credit Limit**

ACE Owing Balance                                   **// 12 Highest Credit**

"001"                                               **// 13 Terms of duration**

" " (blank)                                          **// 14 Terms Freq**

" " (blank)                                          **// 15 Monthly Payment Amount**

ACE Last Payment Amount                             **// 16 Actual Payment**
**Amount**


**// 17a Account Status Logic**

**If Credit Bureau Delete = true**

      Credit Bureau Status Code = "DA"        **// 17a Account Status**

**else**

      ACE Credit Bureau Status Code            **// 17a Account Status**


" " (blank)                                          **// 17b Payment Rating**

" " (blank)                                          **// 18 Payment History**
**Profile**

ACE Credit Bureau Special Status Code               **// 19 Special comment code**


**// 20 Compliance Condition Code Logic**

**If ACE Dispute true Then**

      Code = ACE Dispute Type

      Resolution Code = ACE Dispute Resolution Code

Credit Bureau Code = ACE Credit Bureau Dispute Code

**If Resolution Code != New Then**

Credit Bureau Code = ACE Credit Bureau Dispute Code    **//20 Compliance Condition Code**

**Else**

" " (blank)    **// 20 Compliance Condition Code**

**// 21 Current Balance Logic**

**If ACE SIF Balance = true Then**

ACE Settled Balance    **// 21 Current Balance**

ACE Settled Balance    **// 22 Amount Past Due**

**else**

ACE Current Balance    **// 21 Current Balance**

ACE Current Balance    **// 22 Amount Past Due**

" " (blank)    **// 23 Original charge off**

Todays Date    **// 24 Date of Account Information**

ACE Delinquency Date    **// 25 Date of Delinquency**

" " (blank)    **// 26 Date Closed**

ACE Last Pay Date                                      **// 27 Date of Last Payment**

" " (blank)                                            **// 28 Interest Indicator**

" " (blank)                                            **// 28 A Reserved**

" " (blank)                                            **// 29 Consumer Transaction Type**

ACE Primary Demographic Last Name                      **// 30 Surname**

ACE Primary Demographic First Name                     **// 31 First**

ACE Primary Demographic Middle Name                    **// 32 Middle**

" " (blank)                                            **// 33 Generation Code**

ACE Primary Demographic SSN                            **// 34 SSN**

ACE Primary Demographic DOB                            **// 35 DOB**

ACE Primary Demographic Home Phone                     **// 36 Phone Number**


**// 37 ECOA Code Logic**

Deceased = Deceased Debt ID

**If Deceased = true**

         "1"                                           **// 37 ECOA Code**

**else**

         "X"                                           **// 37 ECOA Code**

**code screenshot below**

// 38 Consumer Information Indicator Logic

The Consumer Information Indicator is blank " " by default unless one of the conditions below is met.

**If Bankruptcy = true**

**If Bankruptcy Status = "FILED" OR "CONVERSION" OR "REINSTATED" Then**

      **Case** Bankruptcy Chapter Type = "7" :ConsumerIndicator = "A"      // 38 Consumer Information Indicator

      **Case** Bankruptcy Chapter Type = "11" :ConsumerIndicator = "B"      // 38 Consumer Information Indicator

      **Case** Bankruptcy Chapter Type = "12" :ConsumerIndicator = "C"      // 38 Consumer Information Indicator

      **Case** Bankruptcy Chapter Type = "13" :ConsumerIndicator = "D"      // 38 Consumer Information Indicator

Else if Bankruptcy Status = "DISCHARGED" Then

      **Case** Bankruptcy Chapter Type = "7" :ConsumerIndicator = "E"      // 38 Consumer Information Indicator

      **Case** Bankruptcy Chapter Type = "11" :ConsumerIndicator = "F"      // 38 Consumer Information Indicator

      **Case** Bankruptcy Chapter Type = "12" :ConsumerIndicator = "G"      // 38 Consumer Information Indicator

      **Case** Bankruptcy Chapter Type = "13" :ConsumerIndicator = "H"      // 38 Consumer Information Indicator

Else if Bankruptcy Status = "DISMISSED" Then

      **Case** Bankruptcy Chapter Type = "7" :ConsumerIndicator = "I"      // 38 Consumer Information Indicator

      **Case** Bankruptcy Chapter Type = "11" :ConsumerIndicator = "J"      // 38 Consumer Information Indicator

**Case** Bankruptcy Chapter Type = "12" :ConsumerIndicator = "K"        **//
38 Consumer Information Indicator**

**Case** Bankruptcy Chapter Type = "13" :ConsumerIndicator = "L"        **//
38 Consumer Information Indicator**

**If ( Bankruptcy:ChapterType = 7 And the Bankruptcy Status = "REAFFIRMED" )**

The Consumer Information Indicator = R
**if (Bankruptcy:ChapterType = 7 And the Bankruptcy Status = "RESCINDED" )**
The Consumer Information Indicator = V
**if (Bankruptcy:ChapterType = 7 And the Bankruptcy Status =
"REAFFIRMED_REMOVE" )**
The Consumer Information Indicator = S
**And on export the status of the bankruptcy is set to REAFFIRMED_REMOVE\*D\***
A note is also posted against the account. Future reporting on this account will send a
blank for the Consumer Information Indicator unless the status is changed.


**else**

     " " (blank)                          **// 38 Consumer Information
Indicator**


" " (blank)                          **// 39 Country Code**

ACE Primary Demographic Address 1            **// 40 Address 1**

ACE Primary Demographic Address 2            **// 41 Address 2**

ACE Primary Demographic City               **// 42 City**

ACE Primary Demographic State              **// 43 State**

ACE Primary Demographic Zip                **// 44 Zip**

" " (blank)                          **// 45 Address Indicator**

" " (blank)                          **// 46 Residence Code**

# Credit Reporting - Group on Service Date



Support

- 2 years ago

- Updated

Follow

- Accounts with same client service date are sent as one single account
- These accounts are reported under the same agency account number for the bundle each time and the client account number. The client account number is considered a secondary number for the credit reporter to refer to.
- The system will now enforce that a DOB and SSN must be on the account in order for it to be reported to the bureaus.
- The system will now populate assigned balance to the original creditor amount.

# Credit Reporting - Export Job



Support

- 4 years ago

- Updated

Follow

Once a customer has set up a vendor they are then ready to create a job that will generate a file to be sent out to the credit bureau.

The first step will be to label the job, schedule it and then add a task. In order to label the job they will simply need to fill out the required field at the top of the job.

They will then want to choose a time for the job to run. Usually he best time to do this would be after the company's business hours so as not to interrupt anyone's working and to let the system run with no lags.

Much like the job they will want to label the schedule, the one above is labeled 11:00pm Last Day of the Month. They will choose whether it will be every month or just a few/only one month. If the want all months they can click on the little green circle and each one will be selected, likewise if they want to deselect them.

They will determine the frequency of days as well as what hour/s they choose the job to run.

Once this has been established they will choose that label from the drop down list to use it for the job.

After the job has been scheduled the customer will then go to the Add Task drop down and choose Credit Reporting: Export.

In this section they will choose the vendor Metro 2 and mark the job as active.  After all of these steps have been taken they will then need to hit the apply button. This will save all of the changes they have made to the job without making them leave the page.

Make sure after the customer hits apply that they go through and make sure the schedule is set how they are wanting and then have them hit save.

When deleting an account from the credit bureau you are going to want to flag the account with the METRO2_DELETE flag. Please note that you will have two export flags, one that is METRO2 and the other that is METRO2_DELETE.

Once the account is flagged with these two export flags and the credit job is run the two flags will be sent to the credit bureau and then both flags will be removed from the account.

# Credit Reporting - Vendor Set Up



Support

- 2 years ago

- Updated

Follow

When a customer wants to start credit reporting they will need to first set up their credit vendor information. In order to do this they will need to go to Set Up > Vendors >Credit Reporting. Once they click on this they will be presented with a screen like this.

When you reach this screen then you are going to click on the           button to add the vendor information.

The label Identifier and Export Flag Identifier are usually going to be METRO2.

The customer will then need to require a Program Identifier number from their credit bureau, please be sure the bureau provides this number and does not let the customer believe we can provide one for them.

**Export Information**

These fields are important and will need to be filled out properly by the employer.

- Send Sif Balance: This option will let the credit bureaus know that the account has been settled out and if the customer attaches the METRO2_DELETE flag then the account will be deleted from the credit bureau.
- Delay Before Sending: Credit bureaus require a debt have at least a 31 day delinquency date before you can report it to the bureaus. The delay before sending makes it so that the customer can flag an account to be sent to the credit bureau but the account actually will not go out until a certain number of days after, in this case it is 60 days after.
- Export User ID: This is usually the admin of the portal
- Include Cosigner: If the customer has a co-signer on the debt they can then choose to also include the co-signer in the report that they are sending to the bureau.

Once you have added the needed information, then you will hit save and it will direct you back to the vendor screen.

NOTE: There may be times when you will need to hit the Apply button in order to reach other destinations on the vendor profile screen.

# Credit Reporting - Troubleshooting Credit Reporting



<u>Support</u>

- 2 years ago

- Updated

Follow

- The Agency needs to setup a relationship with the each bureau. There is a place for the subscriber codes on the vendor setup page.
- The client record needs to have the "Classification" and the "Collection Type" fields set. The Collection Type = "Original Creditor" is not eligible for reporting.
- Primary demographic must have the First Name, Last Name, Address1, City, State, and Zip set. It will also require a SSN or a DOB.
    - If more than one primary demographic address exists in ACE for the account, the one set to Priority 1 will export in the Credit Report file.
- The status code of the current account must be mapped to a Credit Bureau code.
- If a dispute is filed on an account the dispute code must be mapped to Credit Bureau status code.
- The debt.clientDateDeliquency field is used as the delinquency date.
    - If the debt.clientDateDelinquency is not set, the debt.clientLastServiceDate will be used as the delinquency date.
    - For Credit Reporting purposes
        - "Delinquency Date must be 31 days older than assigned date"
        - "Medical accounts must be 180 days past the Date of the Client First Delinquency."
- If the "Original Creditor Name" is not set on the debt, then the client.companyName field is sent.
- Currently the system does NOT send co-maker data.
- Currently the system does NOT report companies.
- The options on vendor page for "delay before sending" is: do not sent to CRB if assigned age in less than the days in delay before sending.

# Credit Reporting - Vendors Add On Credit Reporting



<u>Support</u>

- 2 years ago

- Updated

Follow

*Locate this list...*

Metro 2 credit reporting is the standardized method and interface to the 4 major credit reporting agencies TransUnion, Experian, Equifax and Innovis. ACE credit reporting sends scheduled updates to the credit bureaus that have been setup as a Credit Reporting Vendor in ACE.

The Setup ⇨ Vendors ⇨ Credit Reporting screen displays the current list of Credit Reporting Vendors. Typical credit reporting will show a single listing for Metro2.

Left click on the listing to show the Credit Reporting Screen.

## Account Page

The Account Page stores the various Export Flags for a given account. The "How To" section gives instructions to manually flag or unflag an individual account for credit reporting.

## Account Manager

The Account Manager enables the mass update or selection of flagged accounts. This will allow you to mass flag or unflag accounts from credit reporting. The "How To" section gives instructions to mass manually flag or unflag accounts for credit reporting.

## Action Paths

The Action Paths page provides for real time account routing and processing. If you plan to fully automate your credit reporting you will need to flag accounts so be selected each month for credit reporting. The "How To" will show you how this is accomplished with Action Paths.

## Jobs

The Jobs page contains all of Jobs and their specific tasks that can be run automatically on a schedule or on demand to perform various system tasks. The Credit Reporting job is provided with single specific tasks to export your credit reporting file. If the delivery of this file needs to be automated your Implementations or Support Specialist will need to work with you to configure the specific tasks.

# Credit Reporting - Select the Work Flow Account Manager



Support

- 2 years ago

- Updated

Follow

## Select the Work Flow -> Account Manager screen:

To flag accounts for credit reporting choose the desired Selection Logic from the drop down list box. Next, choose "Flag For Export" from the Add Action drop down list box and set the Flag For Export value to "METRO2". Finally, click the Process button to update the accounts selected.

To unflag accounts for credit reporting choose the desired Selection Logic from the drop down list box. Next, choose "Flag For Export" from the Add Action drop down list box and set the Flag Foe Export value to "METRO2_DELETE". Finally, click the Process button to update the accounts selected.

# Credit Reporting - Vendor Information



Support

- 2 years ago

- Updated

Follow

Left click on the Credit Reporting list item to show the Credit Reporting Screen.

The Vendor Information section on this screen contains these properties for Credit Reporting:

- Label – This is the name for this vendor interface. "Metro 2" is the recommended value.
- Identifier – This is internal identifier. "METRO2" is the recommended value.
- Export Flag Identifier – This is the value of the flag used to select accounts for credit reporting.
    - "METRO2" is the recommended value.
- Credit Report Provider ID – Choose "Metro2" from the drop down list.
- Program Identifier(s) – Each of the credit reporting agencies you subscribe to will provide you with a Subscriber Code (Provider ID). Enter the ID for each reporting agency.
    - Innovis Program Identifier (obtained by Innovis)
    - Equifax Program Identifier (obtained by Equifax)
    - Experian Program Identifier (obtained by Experian)
    - Trans Union Program Identifier (obtained by Trans Union)
- Active - Check this box if this vendor is active
- Export Information
    - Send SIF Balance - If you would like the SIF balance included in credit reporting, please check this box.

- Group On Service Date - When true (checked), accounts with the same client and service date will be sent as a single account using the aggregate balance.
- Delay Before Sending - You can elect to wait a certain number of days prior to sending the accounts for Credit Reporting. The number is in days, so example, inputting 30 would mean 30 days.
- Export User ID will show which user exported the accounts.
- Date Opened Field - Determines which date you want to base the Date Opened off of.
- Include Cosigner will also add the cosigners' information to the credit report
- Import Information
  - Import User ID - sets who shows as the Importer.

# Credit Reporting - Manually Flag/Unflag Accounts for Credit Reporting



Support

- 2 years ago

- Updated

Follow

## Manually Flag Accounts:

Scroll down in the Account screen to the "Export Flags" section. To manually flag an account for credit reporting click the New button. Next, enter "METRO2" in the Identifier field. Finally, click Save or Apply to update.

To manually unflag an account for credit reporting click the item you want to change. Next, enter "METRO2_DELETE" in the Identifier field. Finally, click Save or Apply to update.

# Credit Reporting - Export Information



Support

- 4 years ago

- Updated

Follow

Left click on the Credit Reporting list item to show the Credit Reporting Screen.

The Export Information section on this screen contains these properties for Credit Reporting:

- Send SIF Balance – Checking this box will report a settled account as such. If unchecked settled accounts will be reported as paid.
- Delay Before Sending – This is number of days from the assigned date to delay reporting to the credit agency.
- Export User ID – This is the user where files created and received will be posted.

# Credit Reporting - Import Information



Support

- 4 years ago

- Updated

Follow

Left click on the Credit Reporting list item to show the Credit Reporting Screen.

The Import Information section on this screen contains these properties for Credit Reporting:

- Import User ID – This is the user where files created and received will be posted.

# Credit Reporting - Configure Client for Credit Reporting



Support

- 2 years ago

- Updated

 Follow

## To configure Client for Credit Reporting:

Select the Clients → Profiles menu. Choose the client profile you want to edit. To add credit reporting functionality do the following.

In the Information section:

- Click the Classification drop down list-box and select the appropriate classification for this client
- Click the Collection Type drop down list-box and select the appropriate type for this client

In the Preferences section:

- The "Use Master For Credit Reporting" options should only be checked if the Agency uses Master Client features AND want those features applied to Credit Reporting
- To enable credit reporting for this client, uncheck the Exclude From Credit Reporting box

Click the Save or Apply button to save your changes.

# Credit Reporting - Client Profile



Support

- 4 years ago

- Updated

Follow

Left click on a Client from the Client Profiles list (Client -> Profiles) to view Credit Reporting fields to be set at the Client record level.

In the Client -> Profile -> Information section, these Credit Reporting settings are required (even if the agency does not submit data to the Credit Reporting Agencies):

- Classification – This is the type business the client is engaged in.
- Collection Type – This is the type of collections being performed for this client.
- **NOTE: You cannot credit report on Original Credit Grantor**

In the Client -> Profile -> Preferences section, these Credit Reporting settings should be enabled if they apply to the client:

- Use Master For Credit Reporting – This box should only be checked if the Agency uses Master Client for Credit Reporting
- Exclude From Credit Reporting – This box should only be checked if the Agency can exclude this Client from Credit Reporting

# Credit Reporting - Status Code



Support

- 4 years ago

- Updated



Left click on a Status from the Status Codes list (Setup -> Status Codes) to view Credit Reporting fields to be set at the Status Code record level.

The Status Code screen contains all of Status Code properties in the including the "Credit Bureau Reporting Mapping" fields. The non Credit reporting properties are discussed in the Setup documentation. For credit reporting purposes each your status codes should be mapped with a Credit Bureau Reporting, Dispute, and/or Special Code.

- Credit Bureau Reporting Code – This is the code that is reported to the credit reporting agency

- Credit Bureau Dispute Code – This is the code that is reported to the credit reporting agency for accounts with a dispute status.

- Credit Bureau Special Code – This is the code that is reported to the credit reporting agency for accounts with a special status.