

## Dear ANGELIA S FOWLER ,

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

1STPROG ██████████████
██████0177....
IF FRAUDULENT CHARGES WERE MADE ON YOUR ACCOUNT, THE CREDIT GRANTOR MAY NOT KNOW HOW TO CONTACT YOU TO DISCUSS THIS MATTER. THE CREDIT GRANTOR REQUESTS THAT YOU

CONTACT THEM DIRECTLY-

PORT████ ████████████████
████████7392....
PLEASE CONTACT CREDIT GRANTOR AT -████████-

THE PREFERRED GROUP OF T
████323
PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T
████3344
PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T
████3378
PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T
- ████3418
PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T
████3444
PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T
████3484
PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T
████3963
PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

PO Box 9701
Allen, TX 75013

ANGELIA S FOWLER
901 POINSETTIA LANE
LAKE WORTH FL  33461

0204618051

**Exhibit 2**

www.experian.com   Case 8:21-cv-01038-WFJ-AAS   Document 21-4   Filed 01/07/22   Page 2 of 22 PageID   Prepared for:  ANGELIA S FOWLER
187
Date:  November 16, 2017
Report number:  3269-8760-48

**Page 2 of 22**

THE PREFERRED GROUP OF T

███████3990

PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T

███████4019

PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T

███████4039

PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T

███████4071

PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T

███████4632

PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

THE PREFERRED GROUP OF T

███████4650

PLEASE CONTACT CREDIT GRANTOR AT -8007410802-

PHO███████████████████

███████448

PLEASE CONTACT CREDIT GRANTOR AT -8778218098-

CENTRAL ████████████████████

██████5456

IF FRAUDULENT CHARGES WERE MADE ON YOUR ACCOUNT, THE CREDIT GRANTOR MAY NOT KNOW HOW TO CONTACT YOU TO DISCUSS THIS MATTER. THE CREDIT GRANTOR REQUESTS THAT YOU CONTACT THEM DIRECTLY-

www.experian.com

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so.  Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

**How to read your results**

**Deleted -** This item was removed from your credit report.

**Remains -** The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.

**Updated** (Your results will indicate which one of the following applies.)

- The information you disputed has been updated. Please review your report for the details.

- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

- The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

- Information on this item has been updated. Please review your report for the details.

**Processed** - This item was either updated or deleted; Please review your report for the details.

If our reinvestigation has not resolved your dispute, you have several options:

- You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them.  If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

- You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes,

0204618051

Date:  November 16, 2017
Report number:  3269-8760-48

or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address.  In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Here are your results

We have completed the processing of your dispute(s).

**Credit items**

FIRST ███████████████████41106....
Outcome: Updated - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

1STPROG█████████████████0177....
Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Credit items** *continued*

STELL███████████████6656
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

PORT████████████████████07392....
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ██████3116
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ██████3128
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ██████43160
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ██████3181
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ██████3218
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ██████43250
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ██████3280
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

0204618051

www.experian.com

Prepared for:  ANGELIA S FOWLER
Date:  November 16, 2017
Report number:  3269-8760-48

**Page 5 of 22**

**Credit items** *continued*

THE PREFERRED GROUP OF ████3323
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████3344
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████3378
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████3418
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████3444
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████3484
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████3676
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ████3712
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

**Credit items** *continued*

THE PREFERRED GROUP OF ████3735
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ████3776
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ████3801
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ████3832
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ████3877
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ████3925
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

THE PREFERRED GROUP OF ████3963
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████3990
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ████4019
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

0204618051

Prepared for: ANGELIA S FOWLER
Date: November 16, 2017
Report number: 3269-8760-48

**Credit items** *continued*

THE PREFERRED GROUP OF ███████4039
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ██████4071
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ██████4632
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

THE PREFERRED GROUP OF ██████4650
Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

FIRST ████████████████████████6812
Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

PHOE██████████████████████1448
Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

CENTRAL████████████████3201
Outcome: Updated - The information you disputed has been updated. Please review your report for the details.

CENTRAL████████████████55456
Outcome: Updated - The information you disputed has been updated. Please review your report for the details.

**Personal information**

Residence
Outcome: Updated

Spouse name
Outcome: Deleted

Visit experian.com/status to check the status of your pending disputes at any time.

www.experian.com

*Personal statements you've asked us to include*  You've given us the following statement to include every time a company asks us for your credit report:

"DELINQUENCY DUE TO JOB LAYOFF."

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | | | |
|---|---|---|---|
| **OK** | Current/Terms of agreement met | **VS** | Voluntarily surrendered |
| **30** | Account 30 days past due | **R** | Repossession |
| **60** | Account 60 days past due | **PBC** | Paid by creditor |
| **90** | Account 90 days past due | **IC** | Insurance claim |
| **120** | Account 120 days past due | **G** | Claim filed with government |
| **150** | Account 150 days past due | **D** | Defaulted on contract |
| **180** | Account 180 days past due | **C** | Collection |
| **CRD** | Creditor received deed | **CO** | Charge off |
| **FS** | Foreclosure proceedings started | **CLS** | Closed |
| **F** | Foreclosed | **ND** | No data for this time period |

## Credit items

**FIRST** ███████████
███████████████

**Phone number**
(███████████

**Partial account number**
███████████

**Address identification number**
████8027

| | |
|---|---|
| **Date opened** | Jun 2014 |
| **First reported** | Sep 2015 |
| **Date of status** | Sep 2015 |

| | |
|---|---|
| **Type** | Credit card |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $300 |
| **High balance** | $506 |

**Recent balance**
$506 as of Sep 2017

**Responsibility**
Individual

**Status**
Account charged off ███████████████ past due as of Sep 2017.
This account is scheduled to continue on record until Sep 2021.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**

| 2017 | | | | | | | | | | | | 2016 | | | | | | | | | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | | | |
| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | |

www.experian.com

## Your accounts that may be considered negative (continued)

**1STPROG** ▓▓▓▓▓▓

No phone number available

**Partial account number**
▓▓▓ 0177....

**Address identification number**
0074678027

| | |
|---|---|
| **Date opened** | May 2016 |
| **First reported** | Jun 2016 |
| **Date of status** | Jul 2017 |

| | |
|---|---|
| **Type** | Credit card |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |

**Credit limit or original amount** ▓▓

**High balance** ▓▓

**Recent balance** ▓▓ as of Nov 2017

**Responsibility**
Individual

**Status**
Account charged off ▓▓▓▓▓▓ past due as of Nov 2017.
This account is scheduled to continue on record until Oct 2023.

**Comment:**
Account closed at credit grantor's request.
This item remained unchanged from our processing of your dispute in Nov 2017.

**Payment history**

| 2017 | | | | | | | | | | | 2016 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| CO | ND | CO | CO | CO | CO | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Sep17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | May16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 387 | 349 | 308 | 278 | 121 | 127 | 197 | 191 | 154 | 55 |
| **DPR** | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Oct17 | Oct17 | Sep16 | Aug16 | Jul07 | Jun15 | ND |
| **SPA** | ND | ND | ND | ND | ND | 190 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| **AAP** | ND | ND | ND | ND | 120 | 120 | ND | ND | ND | ND | 120 | ND | 110 | 100 | 42 | 45 | 45 | ND |

▶ *Between May 2016 and Sep 2017, your credit limit/high balance was $200*

**PORT** ▓▓▓▓▓

**Phone number**
▓▓▓▓

**Partial account number**
▓▓▓ 7392....

**Address identification number**
▓▓ 12425

**Original creditor** CAPI ▓▓▓▓

| | |
|---|---|
| **Date opened** | Oct 2014 |
| **First reported** | Jan 2015 |
| **Date of status** | Jan 2015 |

| | |
|---|---|
| **Type** | Debt Buyer |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

**Credit limit or original amount** ▓▓

**High balance** Not reported

**Recent balance** ▓▓

**Responsibility**
Individual

**Status**
Collection account ▓▓▓▓ Nov 2017.
This account is scheduled to continue on record until Feb 2019.

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**

| 2017 | | | | | | | | | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | ND | C | C | C | C | C | C |

0204618051

Prepared for:  ANGELIA S FOWLER
Date:  November 16, 2017
Report number:  3269-8760-48

**Page 9 of 22**

Your accounts that may be considered negative (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 | May16 | Apr16 | Mar16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 | 534 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $534*

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
■■■3323
**Address identification number**
■■■50108
**Original creditor** INCARE MEDICAL SERVICES INC

**Date opened**
Dec 2016
**First reported**
Jun 2017
**Date of status**
Jul 2017

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
■■■
**High balance**
Not reported

**Recent balance**
$■■■

**Responsibility**
Individual
**Status**
Collection account. ■■■■■ Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
2017

| NOV | OCT | SEP | AUG | JUL | JUN |
|---|---|---|---|---|---|
| C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $476*

www.experian.com     Case 8:21-cv-01038-WFJ-AAS    Document 21-4 195    Filed 01/07/22    Page 10 of 22 PageID    Prepared for: ANGELIA S FOWLER

Date: November 16, 2017

Report number: 3269-8760-48

**Page 10 of 22**

Your accounts that may be considered negative (continued)

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
████3344
**Address identification number**
████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

| | | |
|---|---|---|
| **Date opened** Dec 2016 | **Type** Collection | **Credit limit or original amount** ████ |
| **First reported** Jun 2017 | **Terms** 1 Months | |
| **Date of status** Jul 2017 | **Monthly payment** Not reported | |

**Responsibility**
Individual
**Status**
Collection account. ████████Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|-------|-------|-------|-------|-------|-------|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $476*

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
████3378
**Address identification number**
████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

| | | | |
|---|---|---|---|
| **Date opened** Dec 2016 | **Type** Collection | **Credit limit or original amount** ████ | **Recent balance** ████ |
| **First reported** Jun 2017 | **Terms** 1 Months | **High balance** Not reported | |
| **Date of status** Jul 2017 | **Monthly payment** Not reported | | |

**Responsibility**
Individual
**Status**
Collection account. ████████Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C | C | C | C | C | C |

0204618051

## Your accounts that may be considered negative (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|  | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

► *The original amount of this account was $476*

---

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
3418
**Address identification number**
█████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

**Date opened**
Dec 2016
**First reported**
Jun 2017
**Date of status**
Jul 2017

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
████
**High balance**
Not reported

**Recent balance**
$████

**Responsibility**
Individual
**Status**
Collection account. ██████████Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|---|---|---|---|---|---|
| C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|  | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

► *The original amount of this account was $476*

www.experian.com

Prepared for:  ANGELIA S FOWLER
Date:  November 16, 2017
Report number:  3269-8760-48

**Page 12 of 22**

Your accounts that may be considered negative (continued)

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
███3444
**Address identification number**
█████0108
**Original creditor** INCARE MEDICAL SERVICES INC

| | | |
|---|---|---|
| **Date opened** | **Type** | **Credit limit or** |
| Dec 2016 | Collection | **original amount** ███████ |
| **First reported** | **Terms** | ███████ |
| Jun 2017 | 1 Months | **High balance** |
| **Date of status** | **Monthly** | Not reported |
| Jul 2017 | **payment** | |
| | Not reported | |

**Recent balance**
██████
██

**Responsibility**
Individual
**Status**
Collection account. ██████████Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|-----|-------|-------|-------|-------|-------|-------|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $476*

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
███████3484
**Address identification number**
█████0108
**Original creditor** INCARE MEDICAL SERVICES INC

| | | |
|---|---|---|
| **Date opened** | **Type** | **Credit limit or** |
| Dec 2016 | Collection | **original amount** ██████ |
| **First reported** | **Terms** | ████ |
| Jun 2017 | 1 Months | **High balance** |
| **Date of status** | **Monthly** | Not reported |
| Jul 2017 | **payment** | |
| | Not reported | |

**Recent balance**
██████
███

**Responsibility**
Individual
**Status**
Collection account. ██████████ Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C | C | C | C | C | C |

0204618051

www.experian.com

Prepared for: ANGELIA S FOWLER
Date: November 16, 2017
Report number: 3269-8760-48

**Page 13 of 22**

## Your accounts that may be considered negative (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|  | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $476*

---

| | | |
|---|---|---|
| **THE PREFERRED GROUP OF T**<br>1000 N ASHLEY DR STE 600<br>TAMPA FL 33602<br>**Phone number**<br>(813) 251 0802<br>**Partial account number**<br>████3963<br>**Address identification number**<br>████0108<br>**Original creditor** INCARE MEDICAL<br>SERVICES INC | **Date opened**<br>Dec 2016<br>**First reported**<br>Jun 2017<br>**Date of status**<br>Jul 2017<br><br>**Type**<br>Collection<br>**Terms**<br>1 Months<br>**Monthly payment**<br>Not reported<br><br>**Credit limit or original amount**<br>████<br>**High balance**<br>Not reported<br><br>**Recent balance**<br>████ | **Responsibility**<br>Individual<br>**Status**<br>Collection account. ████████ Nov 2017.<br>This account is scheduled to continue on record until Aug 2022.<br>**Comment**<br>Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).<br>This item was updated from our processing of your dispute in Nov 2017. |

**Payment history**

**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|---|---|---|---|---|---|
| C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|  | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $476*

www.experian.com

Case 8:21-cv-01038-WFJ-AAS    Document 21-4    Filed 01/07/22    Page 14 of 22 PageID 199

Prepared for:  ANGELIA S FOWLER
Date:  November 16, 2017
Report number:  3269-8760-48

**Page 14 of 22**

Your accounts that may be considered negative (continued)

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
████3990
**Address identification number**
████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

| | |
|---|---|
| **Date opened** | Dec 2016 |
| **First reported** | Jun 2017 |
| **Date of status** | Jul 2017 |

| | |
|---|---|
| **Type** | Collection |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

**Credit limit or original amount**
████
**High balance**
Not reported

**Recent balance**
████

**Responsibility**
Individual
**Status**
Collection account. ████████████Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|---|---|---|---|---|---|
| C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.*  ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

► *The original amount of this account was $476*

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
████4019
**Address identification number**
████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

| | |
|---|---|
| **Date opened** | Dec 2016 |
| **First reported** | Jun 2017 |
| **Date of status** | Jul 2017 |

| | |
|---|---|
| **Type** | Collection |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

**Credit limit or original amount**
████
**High balance**
Not reported

**Recent balance**
████

**Responsibility**
Individual
**Status**
Collection account. ████████████Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|---|---|---|---|---|---|
| C | C | C | C | C | C |

0204618051

Prepared for:  ANGELIA S FOWLER
Date:  November 16, 2017
Report number:  3269-8760-48

**Page 15 of 22**

## Your accounts that may be considered negative (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.  ND: No Data.*

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|     | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|-----|-------|-------|-------|-------|-------|-------|
| AB  | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP | 0     | ND    | ND    | ND    | ND    | ND    |

► *The original amount of this account was $476*

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
████4039
**Address identification number**
██████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

**Date opened**
Dec 2016
**First reported**
Jun 2017
**Date of status**
Jul 2017

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
████
**High balance**
Not reported

**Recent balance**
████

**Responsibility**
Individual
**Status**
Collection account. ████████████ Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
**2017**

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C   | C   | C   | C   | C   | C   |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.  ND: No Data.*

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|     | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|-----|-------|-------|-------|-------|-------|-------|
| AB  | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP | 0     | ND    | ND    | ND    | ND    | ND    |

► *The original amount of this account was $476*

Prepared for: ANGELIA S FOWLER
Date: November 16, 2017
Report number: 3269-8760-48

**Page 16 of 22**

Your accounts that may be considered negative (continued)

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
████4071
**Address identification number**
██████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

| | |
|---|---|
| **Date opened** Dec 2016 | **Type** Collection |
| **First reported** Jun 2017 | **Terms** 1 Months |
| **Date of status** Jul 2017 | **Monthly payment** Not reported |

**Credit limit or original amount** ████
**High balance** Not reported

**Recent balance** ████

**Responsibility**
Individual
**Status**
Collection account. ██████████ Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
2017

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|-----|-------|-------|-------|-------|-------|-------|
| **AB** | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | 0 | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $476*

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
████4632
**Address identification number**
██████0108
**Original creditor** INCARE MEDICAL
SERVICES INC

| | |
|---|---|
| **Date opened** Dec 2016 | **Type** Collection |
| **First reported** Jun 2017 | **Terms** 1 Months |
| **Date of status** Jul 2017 | **Monthly payment** Not reported |

**Credit limit or original amount** ████
**High balance** Not reported

**Recent balance** ████

**Responsibility**
Individual
**Status**
Collection account. ██████████ Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
2017

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C | C | C | C | C | C |

0204618051

Your accounts that may be considered negative (continued)

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|     | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|-----|-------|-------|-------|-------|-------|-------|
| AB  | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP | 0     | ND    | ND    | ND    | ND    | ND    |

▶ *The original amount of this account was $476*

---

| **THE PREFERRED GROUP OF T** | **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| 1000 N ASHLEY DR STE 600 | Dec 2016 | Collection | **original amount** | $476 as of Nov | Individual |

**THE PREFERRED GROUP OF T**
1000 N ASHLEY DR STE 600
TAMPA FL 33602
**Phone number**
(813) 251 0802
**Partial account number**
113444650
**Address identification number**
0073950108
**Original creditor** INCARE MEDICAL SERVICES INC

**Date opened**
Dec 2016
**First reported**
Jun 2017
**Date of status**
Jul 2017

**Type**
Collection
**Terms**
1 Months
**Monthly payment**
Not reported

**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of Nov 2017

**Responsibility**
Individual
**Status**
Collection account. $476  past due as of Nov 2017.
This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Nov 2017.

**Payment history**
2017

| NOV | OCT | SEP | AUG | JUL | JUN |
|-----|-----|-----|-----|-----|-----|
| C   | C   | C   | C   | C   | C   |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

|     | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|-----|-------|-------|-------|-------|-------|-------|
| AB  | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP | 0     | ND    | ND    | ND    | ND    | ND    |

▶ *The original amount of this account was $476*

## Your accounts that may be considered negative (continued)

**FIRST** ▆▆▆▆▆▆▆▆▆▆▆▆

**Phone number**
(216) 360 2000

**Partial account number**
▆▆6812

**Address identification number**
▆▆▆0108

**Original creditor** LOTFI M.D. MICHAEL

| | | |
|---|---|---|
| **Date opened** Apr 2016 | **Type** Collection | **Credit limit or original amount** ▆▆▆ |
| **First reported** Jun 2016 | **Terms** 1 Months | **High balance** Not reported |
| **Date of status** Jun 2016 | **Monthly payment** Not reported | |

**Recent balance**
▆▆

**Responsibility**
Individual

**Status**
Collection account. ▆▆▆▆▆▆▆ Nov 2017.
This account is scheduled to continue on record until Aug 2022.
This item remained unchanged from our processing of your dispute in Nov 2017.

**Payment history**

**2017**               **2016**

| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 | Apr17 | Mar17 | Feb17 | Jan17 | Dec16 | Nov16 | Oct16 | Sep16 | Aug16 | Jul16 | Jun16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 | 585 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

► *The original amount of this account was $585*

**CENTRAL** ▆▆▆▆▆▆▆▆▆

**Phone number**
▆▆▆▆▆▆▆

**Partial account number**
▆▆▆3201

**Address identification number**
▆▆▆8220

**Original creditor** GOOD SAMARITAN MEDICAL CENTER

| | | |
|---|---|---|
| **Date opened** Feb 2013 | **Type** Collection | **Credit limit or original amount** ▆▆▆ |
| **First reported** May 2013 | **Terms** 1 Months | **High balance** Not reported |
| **Date of status** Jun 2013 | **Monthly payment** Not reported | |

**Recent balance**
▆▆▆▆▆

**Responsibility**
Individual

**Status**
Collection account. ▆▆▆▆▆▆▆ Nov 2017.
This account is scheduled to continue on record until Aug 2019.

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.
This item was updated from our processing of your dispute in Oct 2017.

www.experian.com

## Your accounts that may be considered negative (continued)

**Payment history**

| 2017 | | | | | | | 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| C | C | C | C | C | C | C | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | C | C | ND | ND |

| 2013 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
| ND | ND | ND | ND | ND | ND | ND | ND | C | ND | ND | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Oct17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|
| **AB** | 737 | 737 | 737 | 737 | 737 | 737 |
| **DPR** | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND |
| **AAP** | ND | ND | ND | ND | ND | ND |

► *The original amount of this account was $737*

---

**CENTRAL** ▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| **Date opened** May 2016 | **Type** Collection | **Credit limit or original amount** ▓▓▓▓ |
| **First reported** Aug 2016 | **Terms** ▓▓▓▓ | **High balance** Not reported |
| **Date of status** Aug 2016 | **Monthly payment** Not reported | |

**Recent balance** ▓▓▓▓

**Responsibility** Individual

**Status** Collection account. ▓▓▓▓▓▓ Oct 2017. This account is scheduled to continue on record until Sep 2022.

**Phone number** ▓▓▓▓

**Partial account number** ▓▓▓5456

**Address identification number** ▓▓▓8027

**Original creditor** ST. MARY S MEDICAL CENTER FL

**Comment** Completed investigation of FCRA dispute - consumer disagrees. This item was updated from our processing of your dispute in Nov 2017.

**Payment history**

| 2017 | | | | | | | | | 2016 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| C | C | C | C | C | C | C | ND | ND | ND | ND | ND | C | C | C |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($)    **AAP** = Actual amount paid ($)

| | Sep17 | Aug17 | Jul17 | Jun17 | May17 | May17 | Oct16 | Sep16 | Aug16 |
|---|---|---|---|---|---|---|---|---|---|
| **AB** | 80,770 | 80,770 | 80,770 | 80,770 | 80,770 | 80,770 | 80,770 | 80,770 | 80,770 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA** | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND |

► *The original amount of this account was $80,770*

www.experian.com

Case 8:21-cv-01038-WFJ-AAS    Document 21-4    Filed 01/07/22    Page 20 of 22 PageID 205

Prepared for:  ANGELIA S FOWLER
Date:  November 16, 2017
Report number:  3269-8760-48

**Page 20 of 22**

# Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### *Inquiries shared with others*

The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**AMPS/**██████████

**Address identification number:**
████2425

**Date**
May 16, 2017
**Reason**
Auto loan. This inquiry is scheduled to continue on record until Jun 2019.

**LEXISNEXIS/INS/P&C** ██████████████████████

**Date of inquiry:** Nov 13, 2017

**ASSET** ████████████████████

**Date of inquiry:** Aug 15, 2017

**PORT** ████████████████████

**Date of inquiry:** Jul 19, 2017; Jun 09, 2017; May 17, 2017; Oct 24, 2016; Aug 19, 2016; Jun 12, 2016; May 23, 2016; May 20, 2016; May 06, 2016

**CONV** ████████████████████

**Date of inquiry:** Jun 09, 2017; May 06, 2016

**PROG** ████████████████████
**No phone number available**
**Date of inquiry:** ████████

*Personal information continued*                                    *Personal information continued*



--- End of Report ---

If you disagree with information in your report you may dispute most information at:

**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

**Former or current employers**

NEW COMMUNITY DEVELOPME
MAGELLAN MORTGAGE GROUP

KHOVNANIAN MTG CORP

0204618051