**Exhibit 4**

PO Box 9701
Allen, TX 75013



ANGELIA S FOWLER
194 EAST 27TH ST APT 2
RIVIERA BEACH FL  33404

## ANGELIA S FOWLER

## Dispute Results

Report # **0088-2154-37** for **05/27/19**

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so.  Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report.  **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.  **Updated**  (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.  **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

**1STPROGRESS**/**1STEQUITY**/ 544303000177.... **Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓3323 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓3344 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓378 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓3418 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓3444 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓3484 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓3963 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**
**THE PREFERRED GROUP OF** ▓3990 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**

0204618051

**ANGELIA S FOWLER |** Report # **0088-2154-37** for **05/27/19**

**THE PREFERRED GROUP OF** ████4019 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**

**THE PREFERRED GROUP OF** ████4039 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**

**THE PREFERRED GROUP OF** ████4071 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**

**THE PREFERRED GROUP OF** ████4632 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**

**THE PREFERRED GROUP OF** ████4650 **Outcome: Updated - Information on this item has been updated.  Please review your report for the details.**

## Before dispute

**1STPROG**

**Date opened**
May 2016
**Address ID #**
0074678027
**Type**
████
**Responsibility**
Individual

**First reported**
Jun 2016
**Terms**
**Not reported**
**Monthly payment**
Not reported
**Credit limit or original amount**
$200
**High balance**
$387

**Recent balance**
$187 as of May 2019
**Status**
Account charged off. $187 written off. $187  past due as of May 2019. This account is scheduled to continue on record until Oct 2023.
**Comment:**
**Account closed at credit grantor's request.**
This item remained unchanged from our processing of your dispute in Nov 2017.
**Date of Status**
Jul 2017

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CO | CO | CO | ND | CO | | | | | | | |
| 2018 | ND | CO | CO | ND | CO | CO | ND | CO | CO | ND | CO | CO |
| 2017 | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | ND | CO | CO |
| 2016 | | | | | | OK | OK | OK | OK | OK | OK | OK |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Sep18 | Sep18 | Aug18 | Jun18 | Jun18 | May18 | Mar18 | Mar18 | Feb18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| DPR | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec17 | Dec17 | Nov17 | Sep17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| DPR | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | 190 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | 120 | 120 |

*Between May 2017 and Mar 2019, your credit limit/high balance was $200*

## After dispute

**1STPROG**

**Date opened**
May 2016
**Address ID #**
0074678027
**Type**
████
**Responsibility**
Individual

**First reported**
Jul 2016
**Terms**
**Not reported**
**Monthly payment**
Not reported
**Credit limit or original amount**
$200
**High balance**
$387
**Recent payment**
$120

**Recent balance**
$187 as of May 2019
**Status**
Account charged off. $187 written off. $187  past due as of May 2019. This account is scheduled to continue on record until Nov 2023.
This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Jul 2017

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CO | CO | CO | CO | CO | | | | | | | |
| 2018 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2017 | OK | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO |
| 2016 | | | | | | | OK | OK | OK | OK | OK | OK |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Sep18 | Sep18 | Aug18 | Jun18 | Jun18 | May18 | Mar18 | Mar18 | Feb18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| DPR | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec17 | Dec17 | Nov17 | Sep17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| DPR | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 |

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND | 190 |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | 120 | 120 |

*Between May 2017 and Mar 2019, your credit limit/high balance was $200*

## Before dispute

**THE PREFERRED GROUP OF T** Partial Acct #          3323 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** | **Payment history** |
|---|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of Apr 2019 | |

**Address ID #**
0074678027

**Original creditor**
INCARE MEDICAL
SERVICES INC

**Type**
Collection

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$476

**High balance**
Not reported

**Status**
Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017.

**Date of Status**
Aug 2018

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | C | C | C | C | | | | | | | | |
| **2018** | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

**THE PREFERRED GROUP OF T** Partial Acct #          3323 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** | **Payment history** |
|---|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of May 2019 | |

**Address ID #**
0073879700

**Original creditor**
INCARE MEDICAL
SERVICES INC

**Type**
Collection

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$476

**High balance**
Not reported

**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.

**Date of Status**
Aug 2018

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | C | C | C | C | C | | | | | | | |
| **2018** | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct #          3344 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0074678027
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of Apr 2019
**Status**
Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

**THE PREFERRED GROUP OF T** Partial Acct #          3344 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

## THE PREFERRED GROUP OF T Partial Acct #    3378 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| | | |
|---|---|---|
| **Date opened** | **First reported** | **Recent balance** |
| Dec 2016 | Aug 2018 | $476 as of Apr 2019 |
| **Address ID #** | **Terms** | **Status** |
| 0074678027 | 1 Months | Collection account. $476 |
| **Original creditor** | **Monthly payment** | past due as of Apr 2019. |
| INCARE MEDICAL | Not reported | This account is scheduled |
| SERVICES INC | **Credit limit or original** | to continue on record until |
| **Type** | **amount** | Aug 2022. |
| Collection | $476 | **Comment** |
| **Responsibility** | **High balance** | Account information |
| Individual | Not reported | disputed by consumer |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

Comment (continued): (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017. **Date of Status** Aug 2018

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

## THE PREFERRED GROUP OF T Partial Acct #    3378 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| | | |
|---|---|---|
| **Date opened** | **First reported** | **Recent balance** |
| Dec 2016 | Aug 2018 | $476 as of May 2019 |
| **Address ID #** | **Terms** | **Status** |
| 0073879700 | 1 Months | Collection account. $476 |
| **Original creditor** | **Monthly payment** | past due as of May 2019. |
| INCARE MEDICAL | Not reported | This account is scheduled |
| SERVICES INC | **Credit limit or original** | to continue on record until |
| **Type** | **amount** | Aug 2022. |
| Collection | $476 | **Comment** |
| **Responsibility** | **High balance** | Account information |
| Individual | Not reported | disputed by consumer |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

Comment (continued): (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. **Date of Status** Aug 2018

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER |** Report # 0088-2154-37 for **05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct         3418 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** Dec 2016 | **First reported** Aug 2018 | **Recent balance** $476 as of Apr 2019 |
|---|---|---|
| **Address ID #** 0074678027 | **Terms** 1 Months | **Status** Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor** INCARE MEDICAL SERVICES INC | **Monthly payment** Not reported | |
| | **Credit limit or original amount** $476 | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017. |
| **Type** Collection | **High balance** Not reported | |
| **Responsibility** Individual | | **Date of Status** Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**After dispute**

**THE PREFERRED GROUP OF T** Partial Acct #         3418 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** Dec 2016 | **First reported** Aug 2018 | **Recent balance** $476 as of May 2019 |
|---|---|---|
| **Address ID #** 0073879700 | **Terms** 1 Months | **Status** Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor** INCARE MEDICAL SERVICES INC | **Monthly payment** Not reported | |
| | **Credit limit or original amount** $476 | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. |
| **Type** Collection | **High balance** Not reported | |
| **Responsibility** Individual | | **Date of Status** Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**Before dispute**

**ANGELIA S FOWLER | Report # 0088-2154-37 for 05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct #        3444 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened**<br>Dec 2016 | **First reported**<br>Aug 2018 | **Recent balance**<br>$476 as of Apr 2019 |
|---|---|---|
| **Address ID #**<br>0074678027 | **Terms**<br>1 Months | **Status**<br>Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor**<br>INCARE MEDICAL SERVICES INC | **Monthly payment**<br>Not reported | |
| **Type**<br>Collection | **Credit limit or original amount**<br>$476 | **Comment**<br>Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017. |
| **Responsibility**<br>Individual | **High balance**<br>Not reported | **Date of Status**<br>Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

**THE PREFERRED GROUP OF T** Partial Acct #        3444 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened**<br>Dec 2016 | **First reported**<br>Aug 2018 | **Recent balance**<br>$476 as of May 2019 |
|---|---|---|
| **Address ID #**<br>0073879700 | **Terms**<br>1 Months | **Status**<br>Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor**<br>INCARE MEDICAL SERVICES INC | **Monthly payment**<br>Not reported | |
| **Type**<br>Collection | **Credit limit or original amount**<br>$476 | **Comment**<br>Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. |
| **Responsibility**<br>Individual | **High balance**<br>Not reported | **Date of Status**<br>Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

0204618051

**ANGELIA S FOWLER** | Report # 0088-2154-37 for **05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct #    484 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** Dec 2016 | **First reported** Aug 2018 | **Recent balance** $476 as of Apr 2019 | **Payment history** |
| **Address ID #** 0074678027 | **Terms** 1 Months | **Status** Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022. | |
| **Original creditor** INCARE MEDICAL SERVICES INC | **Monthly payment** Not reported **Credit limit or original amount** $476 | | |
| **Type** Collection | | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017. | |
| **Responsibility** Individual | **High balance** Not reported | **Date of Status** Aug 2018 | |

Payment history:

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   |     |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

## After dispute

**THE PREFERRED GROUP OF T** Partial Acct #    3484 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** Dec 2016 | **First reported** Aug 2018 | **Recent balance** $476 as of May 2019 | **Payment history** |
| **Address ID #** 0073879700 | **Terms** 1 Months | **Status** Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022. | |
| **Original creditor** INCARE MEDICAL SERVICES INC | **Monthly payment** Not reported **Credit limit or original amount** $476 | | |
| **Type** Collection | | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. | |
| **Responsibility** Individual | **High balance** Not reported | **Date of Status** Aug 2018 | |

Payment history:

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   | C   |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER |** Report # 0088-2154-37 for **05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct #          3963 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** |
|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of Apr 2019 |

**Address ID #** 0074678027
**Terms** 1 Months
**Status** Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022.

**Original creditor** INCARE MEDICAL SERVICES INC
**Monthly payment** Not reported
**Credit limit or original amount** $476

**Type** Collection
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017.

**Responsibility** Individual
**High balance** Not reported
**Date of Status** Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

**THE PREFERRED GROUP OF T** Partial Acct #          963 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** |
|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of May 2019 |

**Address ID #** 0073879700
**Terms** 1 Months
**Status** Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.

**Original creditor** INCARE MEDICAL SERVICES INC
**Monthly payment** Not reported
**Credit limit or original amount** $476

**Type** Collection
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.

**Responsibility** Individual
**High balance** Not reported
**Date of Status** Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER |** Report # **0088-2154-37** for **05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct #          990 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** | **Payment history** |
|---|---|---|---|

**Date opened**
Dec 2016

**Address ID #**
0074678027

**Original creditor**
INCARE MEDICAL
SERVICES INC

**Type**
Collection

**Responsibility**
Individual

**First reported**
Aug 2018

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$476

**High balance**
Not reported

**Recent balance**
$476 as of Apr 2019

**Status**
Collection account. $476
past due as of Apr 2019.
This account is scheduled
to continue on record until
Aug 2022.

**Comment**
Account information
disputed by consumer
(Meets requirement of the
Fair Credit Reporting Act).
This item was updated
from our processing of
your dispute in Nov 2017.

**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   |     |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

**After dispute**

**THE PREFERRED GROUP OF T** Partial Acct #          990 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016

**Address ID #**
0073879700

**Original creditor**
INCARE MEDICAL
SERVICES INC

**Type**
Collection

**Responsibility**
Individual

**First reported**
Aug 2018

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$476

**High balance**
Not reported

**Recent balance**
$476 as of May 2019

**Status**
Collection account. $476
past due as of May 2019.
This account is scheduled
to continue on record until
Aug 2022.

**Comment**
Account information
disputed by consumer
(Meets requirement of the
Fair Credit Reporting Act).
This item was updated
from our processing of
your dispute in May 2019.

**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   | C   |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

**Before dispute**

**ANGELIA S FOWLER | Report # 0088-2154-37 for 05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct #          4019 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** |
|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of Apr 2019 |
| **Address ID #** | **Terms** | **Status** |
| 0074678027 | 1 Months | Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor** | **Monthly payment** | |
| INCARE MEDICAL SERVICES INC | Not reported | |
| **Type** | **Credit limit or original amount** | **Comment** |
| Collection | $476 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017. |
| **Responsibility** | **High balance** | **Date of Status** |
| Individual | Not reported | Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

**THE PREFERRED GROUP OF T** Partial Acct #          4019 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** |
|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of May 2019 |
| **Address ID #** | **Terms** | **Status** |
| 0073879700 | 1 Months | Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor** | **Monthly payment** | |
| INCARE MEDICAL SERVICES INC | Not reported | |
| **Type** | **Credit limit or original amount** | **Comment** |
| Collection | $476 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. |
| **Responsibility** | **High balance** | **Date of Status** |
| Individual | Not reported | Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

**THE PREFERRED GROUP OF T** Partial Acct #        4039 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0074678027
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of Apr 2019
**Status**
Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

**THE PREFERRED GROUP OF T** Partial Acct #        4039 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

### THE PREFERRED GROUP OF T Partial Acct    4071 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** |
|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of Apr 2019 |
| **Address ID #** | **Terms** | **Status** |
| 0074678027 | 1 Months | Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor** | **Monthly payment** | |
| INCARE MEDICAL SERVICES INC | Not reported | |
| **Type** | **Credit limit or original amount** | **Comment** |
| Collection | $476 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017. |
| **Responsibility** | **High balance** | |
| Individual | Not reported | |
| | | **Date of Status** |
| | | Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | C | C | C | C | | | | | | | | |
| **2018** | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

### THE PREFERRED GROUP OF T Partial Acct #    4071 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** |
|---|---|---|
| Dec 2016 | Aug 2018 | $476 as of May 2019 |
| **Address ID #** | **Terms** | **Status** |
| 0073879700 | 1 Months | Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022. |
| **Original creditor** | **Monthly payment** | |
| INCARE MEDICAL SERVICES INC | Not reported | |
| **Type** | **Credit limit or original amount** | **Comment** |
| Collection | $476 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. |
| **Responsibility** | **High balance** | |
| Individual | Not reported | |
| | | **Date of Status** |
| | | Aug 2018 |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | C | C | C | C | C | | | | | | | |
| **2018** | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| **DPR** | ND | ND | ND | ND | ND | ND | ND | ND |
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

## THE PREFERRED GROUP OF T Partial Acct #    4632 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| | | | |
|---|---|---|---|
| **Date opened** | **First reported** | **Recent balance** | **Payment history** |
| Dec 2016 | Aug 2018 | $476 as of Apr 2019 | |
| **Address ID #** | **Terms** | **Status** | |
| 0074678027 | 1 Months | Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022. | |
| **Original creditor** | **Monthly payment** | | |
| INCARE MEDICAL SERVICES INC | Not reported | | |
| **Type** | **Credit limit or original amount** | **Comment** | |
| Collection | $476 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017. | |
| **Responsibility** | **High balance** | | |
| Individual | Not reported | **Date of Status** Aug 2018 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## After dispute

## THE PREFERRED GROUP OF T Partial Acct #    4632 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| | | | |
|---|---|---|---|
| **Date opened** | **First reported** | **Recent balance** | **Payment history** |
| Dec 2016 | Aug 2018 | $476 as of May 2019 | |
| **Address ID #** | **Terms** | **Status** | |
| 0073879700 | 1 Months | Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022. | |
| **Original creditor** | **Monthly payment** | | |
| INCARE MEDICAL SERVICES INC | Not reported | | |
| **Type** | **Credit limit or original amount** | **Comment** | |
| Collection | $476 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. | |
| **Responsibility** | **High balance** | | |
| Individual | Not reported | **Date of Status** Aug 2018 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

## Before dispute

0204618051

ANGELIA S FOWLER | Report # 0088-2154-37 for 05/27/19

**THE PREFERRED GROUP OF T** Partial Acct #          650 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| **Date opened** | **First reported** | **Recent balance** | **Payment history** |
| --- | --- | --- | --- |

**Date opened**
Dec 2016

**Address ID #**
0074678027

**Original creditor**
INCARE MEDICAL
SERVICES INC

**Type**
Collection

**Responsibility**
Individual

**First reported**
Aug 2018

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$476

**High balance**
Not reported

**Recent balance**
$476 as of Apr 2019

**Status**
Collection account. $476 past due as of Apr 2019. This account is scheduled to continue on record until Aug 2022.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2017.

**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2019 | C | C | C | C |  |  |  |  |  |  |  |  |
| 2018 |  |  |  |  |  |  |  | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AB ($)   | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR      | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($)  | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($)  | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**After dispute**

**THE PREFERRED GROUP OF T** Partial Acct #          4650 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016

**Address ID #**
0073879700

**Original creditor**
INCARE MEDICAL
SERVICES INC

**Type**
Collection

**Responsibility**
Individual

**First reported**
Aug 2018

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$476

**High balance**
Not reported

**Recent balance**
$476 as of May 2019

**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.

**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2019 | C | C | C | C | C |  |  |  |  |  |  |  |
| 2018 |  |  |  |  |  |  |  | C | C | C | C | C |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AB ($)   | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR      | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($)  | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($)  | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them.  If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address.  In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit,

0204618051

**ANGELIA S FOWLER |** Report # 0088-2154-37 for **05/27/19**

insurance, employment or apartment rental. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

# Your Updated Credit Report

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** | Current | **150** | Account 150 days past due | **VS** | Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Account 30 days past due | **180** | Account 180 days past due | **R** | Repossession | **C** | Collection |
| **60** | Account 60 days past due | **CRD** | Creditor received deed | **PBC** | Paid by creditor | **CO** | Charge off |
| **90** | Account 90 days past due | **FS** | Foreclosure proceedings started | **EC** | Insurance claim | **CLS** | Closed |
| **120** | Account 120 days past due | **F** | Foreclosed | **G** | Claim filed with government | **ND** | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

> **Personal statements you've asked us to include**  You've given us the following statement to include every time a company asks us for your credit report:
>
> "DELINQUENCY DUE TO JOB LAYOFF."

## Your accounts that may be considered negative
The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

### 1STPROG

| | | |
|---|---|---|
| **Date opened** | **First reported** | **Recent balance** |
| May 2016 | Jul 2016 | $187 as of May 2019 |
| **Address ID #** | **Terms** | **Status** |
| 0074678027 | Not reported | Account charged off. $187 written off. $187 past due as of May 2019. |
| **Type** | **Monthly payment** | |
| | Not reported | This account is scheduled to continue on record until Nov 2023. |
| **Responsibility** | **Credit limit or original amount** | |
| Individual | $200 | This item was updated from our processing of your dispute in May 2019. |
| | **High balance** | |
| | $387 | **Date of Status** |
| | **Recent payment** | Jul 2017 |
| | $120 | |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | CO | CO | CO | CO | CO | | | | | | | |
| **2018** | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| **2017** | OK | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO |
| **2016** | | | | | | | OK | OK | OK | OK | OK | OK |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Sep18 | Sep18 | Aug18 | Jun18 | Jun18 | May18 | Mar18 | Mar18 | Feb18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| **DPR** | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 |
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec17 | Dec17 | Nov17 | Sep17 | Sep17 | Aug17 | Jul17 | Jun17 | May17 |
|---|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 | 187 |
| **DPR** | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 | Nov21 |
| **SPA ($)** | ND | ND | ND | ND | ND | ND | ND | ND | 190 |
| **AAP ($)** | ND | ND | ND | ND | ND | ND | ND | 120 | 120 |

*Between May 2017 and Mar 2019, your credit limit/high balance was $200*

**THE PREFERRED GROUP OF T** Partial Acct #        3323 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**ANGELIA S FOWLER** | Report # 0088-2154-37 for **05/27/19**

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   | C   |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #        344 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   | C   |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #        3378 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   | C   |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #        3418 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #        43444 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #        3484 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**ANGELIA S FOWLER |** Report # **0088-2154-37** for **05/27/19**

(Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #    3963 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   | C   |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #    3990 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2019 | C   | C   | C   | C   | C   |     |     |     |     |     |     |     |
| 2018 |     |     |     |     |     |     |     | C   | C   | C   | C   | C   |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|          | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|----------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($)   | 476   | 476   | 476   | 476   | 476   | 476   | 476   | 476   |
| DPR      | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| SPA ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |
| AAP ($)  | ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #    4019 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**ANGELIA S FOWLER** | Report # **0088-2154-37** for **05/27/19**

| **Date opened** | **First reported** | **Recent balance** | **Payment history** |
|---|---|---|---|

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #        4039 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #        4071 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

**Date opened**
Dec 2016
**Address ID #**
0073879700
**Original creditor**
INCARE MEDICAL
SERVICES INC
**Type**
Collection
**Responsibility**
Individual

**First reported**
Aug 2018
**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$476
**High balance**
Not reported

**Recent balance**
$476 as of May 2019
**Status**
Collection account. $476 past due as of May 2019. This account is scheduled to continue on record until Aug 2022.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019.
**Date of Status**
Aug 2018

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

0204618051

**ANGELIA S FOWLER |** Report # **0088-2154-37** for **05/27/19**

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct           4632 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| | | | |
|---|---|---|---|
| **Date opened** Dec 2016 | **First reported** Aug 2018 | **Recent balance** $476 as of May 2019 | **Payment history** |
| **Address ID #** 0073879700 | **Terms** 1 Months | **Status** Collection account. $476 | |
| **Original creditor** INCARE MEDICAL SERVICES INC | **Monthly payment** Not reported | past due as of May 2019. This account is scheduled to continue on record until | |
| **Type** Collection | **Credit limit or original amount** $476 | Aug 2022. **Comment** | |
| **Responsibility** Individual | **High balance** Not reported | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. **Date of Status** Aug 2018 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**THE PREFERRED GROUP OF T** Partial Acct #           4650 1000 N ASHLEY DR STE 600 TAMPA FL 33602 (813) 251 0802

| | | | |
|---|---|---|---|
| **Date opened** Dec 2016 | **First reported** Aug 2018 | **Recent balance** $476 as of May 2019 | **Payment history** |
| **Address ID #** 0073879700 | **Terms** 1 Months | **Status** Collection account. $476 | |
| **Original creditor** INCARE MEDICAL SERVICES INC | **Monthly payment** Not reported | past due as of May 2019. This account is scheduled to continue on record until | |
| **Type** Collection | **Credit limit or original amount** $476 | Aug 2022. **Comment** | |
| **Responsibility** Individual | **High balance** Not reported | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in May 2019. **Date of Status** Aug 2018 | |

Payment history:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | C | C | C | C | C | | | | | | | |
| 2018 | | | | | | | | C | C | C | C | C |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 476 | 476 | 476 | 476 | 476 | 476 | 476 | 476 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

*The original amount of this account was $476*

**ANGELIA S FOWLER |** Report # **0088-2154-37** for **05/27/19**

THIS PAGE INTENTIONALLY LEFT BLANK

0204618051