UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELIA FOWLER,

    Plaintiff,

v.                                                                          Case No. 8:21-cv-01038-WFJ-AAS

EXPERIAN INFORMATION
SOLUTIONS, INC., and
PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

    Defendants.                                                        /

AFFIDAVIT OF PREFERRED COLLECTION
AND MANAGEMENT SERVICES, INC. EMPLOYEE ODALYS DIAZ

COUNTY OF HILLSBOROUGH

STATE OF FLORIDA

    BEFORE ME THE UNDERSIGNED personally appeared. Odalys Diaz who after being duly sworn deposes and states as follows:

1.    The she is more than 18 years of age and has personal knowledge of the facts contained in the affidavit.

2.    That she has been employed at Preferred Collection and Management Services, Inc., (PCMS) since February 8, 2017, and holds the title Client Service Representative.

3.    That she has received training at PCMS in the review of disputes through e-OSCAR using PCMS's software interface referred to as Sonnet. That undersigned received training from employees of PCMS as well as participating in training seminars for handling ACDV disputes

through the e-OSCAR website.

4.    That she has created manuals for other employees of PCMS to train them in how to process and respond to e-OSCAR disputes through PCMS's computer system

5.    That the undersigned has reviewed the business records of PCMS many of which were made by the undersigned as the records relate to the e- OSCAR disputes in October 2017, May 2019, and February 2021.  Further, the undersigned attests that all of the records relied upon are kept in the normal course of PCMS's business, whether or not there is a legal proceeding related to the accounts.  Further, undersigned attests that it is the requirement of each employee at PCMS to make such record at or near the time the events being recorded occurred by, or from information transmitted by, a person with personal knowledge of the event being recorded.  The records of PCMS reviewed by undersigned respond to the e-OSCAR disputes of Angelia Fowler and to make this affidavit are kept and maintained by PCMS in the course of its regularly conducted activities.  Further,  the keeping and maintaining of these records is a regular practice of PCMS. Based upon these records undersigned attests that she did review the e-OSCAR disputes dated October 25, 2017, on twenty-eight accounts of Angelia Fowler.  A report of the disputes generated based upon the contemporaneously made business records of PCMS, listing the Sonnet ID, date of dispute, Credit bureau reporting the dispute, the status of the review and date of completion of the review is attached hereto as exhibit "A" and is incorporated herein by reference.  The twenty-eight disputes were disputed through Equifax, and were investigated and reported on November 9, 2017.

6.    The records of PCMS reflect that one day after Angelia Fowler disputed twenty-eight accounts with Equifax, she initiated disputes on thirteen accounts with Experian. The undersigned reviewed the 13 disputes with Experian which were all also disputed the previous day with Equifax.  Both the twenty-eight Equifax disputes and the thirteen duplicate Experian disputes were investigated by PCMS and reported on November 9, 2017. The twenty-eight disputes to Equifax and the thirteen duplicate Experian disputes were all disputed as "001" disputes, "Not His/Hers."  PCMS responded to each of the twenty-eight Equifax and

thirteen duplicate Experian disputes the same way: i.e. confirming the demographic information being disputed by Angelia Fowler.

7. The records of PCMS reflect that on May 8, 2019, Angelia Fowler again disputed the thirteen accounts reported by Experian that PCMS had previously investigated twice, once each with Experian and Equifax, in November 2017. In the May 8, 2019, disputes the dispute code was "112" which is described as "Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information."

8. The undersigned personally compared the reviewed the disputes and confirmed the account information (balance due, account number, dates of services) and reconfirmed Angelia Fowler's demographic information on the same thirteen accounts disputed by her through both Experian and Equifax in October 2017.

9. In the event that the dispute from the e-OSCAR ACDV is an "001" dispute labeled "Not His/Hers" the Sonnet system reflects the demographic information that is contained in the credit file. That information includes the persons name, date of birth, social security number, address, city state and zip code. The Sonnet system also shows the PCMS employee on the same computer screen the demographic information in PCMS's computer system. As a result, the employee can quickly determine if the demographic information matches or not.

10. In the event that the dispute from the e-OSCAR ACDV is a code "112" dispute "Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information" the PCMS employee not only compares the demographic information but confirms the balance due information account number and dates of service to confirm that PCMS's computer system matches what is contained in the credit report. The undersigned again reviewed the thirteen accounts and responded to the disputes on May 8, 2019.

12. On February 12, 2021, the undersigned received two e-OSCAR ACDV disputes through

Experian as to only two accounts of Angelia Fowler. Those two accounts were accounts ending in 3990 and 3963. The dispute code for these two accounts was again "001" "Not His/Hers." These two accounts had been previously disputed on May 8, 2019, and October 26, 2017, with Equifax and on October 25, 2017, with Equifax. The undersigned again reviewed the two accounts disputed on February 12, 2021, and responded on February 24, 2021.

13.    On each of the disputes submitted by Angelia Fowler, PCMS confirmed that the information contained in the credit report matched with what was in PCMS's system which is information provided by the creditor Incare Medical Services, Inc. There were some changes to update some address information but the name, social security number , date of birth information matched on each occasion.

14.    A list of the dispute codes and description is attached hereto as exhibit "B" to this affidavit.

FURTHER AFFIANT SAYETH NAUGHT

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of December 2021.

By: _____
Affiant
Print Name: Odalys Diaz
Title: Client Service Representative

SWORN TO AND SUBSCRIBED BEFORE ME this 30 day of December 2021, by Odalys Diaz, who is [✓] personally known to me or [ ] produced _____ as identification.

Notary Public: _____
My Commission Expires:

Notary Seal



PAULETTE R. KELLEY
Commission # GG 288340
Expires January 3, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

ANGELIA FOWLER,             -vs-          EXPERIAN INFORMATION
SOLUTIONS, INC., and
PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

Plaintiff,                            Defendants

Case No. 8:21-cv-01038-WFJ-AAS

**AFFIDAVIT OF PREFERRED COLLECTION
AND MANAGEMENT SERVICES, INC. EMPLOYEE ODALYS DIAZ**

EXHIBIT "A"

| | NAME | ANGELIA FOWLER | | | | | |
|---|---|---|---|---|---|---|---|
| SONNET ID | SONNET RECEIVED | ACCOUNT # | ORIGINAL CREDITOR | CREDIT BUREAU | DISPUTE CODE | STATUS | COMPLETED ON |
| 24006256 | 2/12/2021 | XXXXX3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE W IMAGES (10) | 2/24/2021 |
| 24006224 | 2/12/2021 | XXXXX3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE W IMAGES (10) | 2/24/2021 |
| 8237243 | 5/8/2019 | XXXXX4650 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237236 | 5/8/2019 | XXXXX4632 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 7237230 | 5/8/2019 | XXXXX4071 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237223 | 5/8/2019 | XXXXX4039 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237215 | 5/8/2019 | XXXXX4019 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237210 | 5/8/2019 | XXXXX3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237202 | 5/8/2019 | XXXXX3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237194 | 5/8/2019 | XXXXX3484 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237188 | 5/8/2019 | XXXXX3444 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237183 | 5/8/2019 | XXXXX3418 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237176 | 5/8/2019 | XXXXX3378 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237169 | 5/8/2019 | XXXXX3344 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237162 | 5/8/2019 | XXXXX3323 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 1647041 | 10/26/2017 | XXXXX4039 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1647034 | 10/26/2017 | XXXXX3378 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646903 | 10/26/2017 | XXXXX4019 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646896 | 10/26/2017 | XXXXX3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646889 | 10/26/2017 | XXXXX3444 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646874 | 10/26/2017 | XXXXX3344 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645710 | 10/26/2017 | XXXXX4650 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645708 | 10/26/2017 | XXXXX4632 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645706 | 10/26/2017 | XXXXX4071 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |

| | NAME | ANGELIA FOWLER | | | | | |
|---|---|---|---|---|---|---|---|
| SONNET ID | SONNET RECEIVED | ACCOUNT # | ORIGINAL CREDITOR | CREDIT BUREAU | DISPUTE CODE | STATUS | COMPLETED ON |
| 1645700 | 10/26/2017 | XXXXX3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645698 | 10/26/2017 | XXXXX3484 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645694 | 10/26/2017 | XXXXX3418 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645689 | 10/26/2017 | XXXXX3323 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1634859 | 10/25/2017 | XXXXX3990 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1634857 | 10/25/2017 | XXXXX3801 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633658 | 10/25/2017 | XXXXX4071 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633648 | 10/25/2017 | XXXXX4039 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633636 | 10/25/2017 | XXXXX3712 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633629 | 10/25/2017 | XXXXX3444 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633626 | 10/25/2017 | XXXXX3280 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633504 | 10/25/2017 | XXXXX4650 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633472 | 10/25/2017 | XXXXX3832 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633431 | 10/25/2017 | XXXXX3160 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632389 | 10/25/2017 | XXXXX4632 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632384 | 10/25/2017 | XXXXX4019 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632380 | 10/25/2017 | XXXXX3963 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632379 | 10/25/2017 | XXXXX3925 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632377 | 10/25/2017 | XXXXX3877 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632372 | 10/25/2017 | XXXXX3776 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632369 | 10/25/2017 | XXXXX3735 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632365 | 10/25/2017 | XXXXX3676 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632362 | 10/25/2017 | XXXXX3484 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632360 | 10/25/2017 | XXXXX3418 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |

| | NAME | ANGELIA FOWLER | | | | | |
|---|---|---|---|---|---|---|---|
| SONNET ID | SONNET RECEIVED | ACCOUNT # | ORIGINAL CREDITOR | CREDIT BUREAU | DISPUTE CODE | STATUS | COMPLETED ON |
| 1632358 | 10/25/2017 | XXXXX3378 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632356 | 10/25/2017 | XXXXX3344 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632354 | 10/25/2017 | XXXXX3323 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632350 | 10/25/2017 | XXXXX3250 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632349 | 10/25/2017 | XXXXX3218 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632347 | 10/25/2017 | XXXXX3181 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632343 | 10/25/2017 | XXXXX3128 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632341 | 10/25/2017 | XXXXX3116 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |

ANGELIA FOWLER,                   -vs-                  EXPERIAN INFORMATION
                                                       SOLUTIONS, INC., and
                                                       PREFERRED COLLECTION AND
                                                       MANAGEMENT SERVICES, INC.,

        Plaintiff,                                           Defendants

Case No. 8:21-cv-01038-WFJ-AAS

**AFFIDAVIT OF PREFERRED COLLECTION
AND MANAGEMENT SERVICES, INC. EMPLOYEE ODALYS DIAZ**

EXHIBIT "B"

e-OSCAR Consolidated Code Sheet

Effective November 2021

### DISPUTE CODES

| CODE | DESCRIPTION |
|------|-------------|
| 001 | Not his/hers. Provide or confirm complete ID. |
| 002 | Belongs to another individual with same/similar name. Provide or confirm complete ID. |
| 006 | Not aware of collection. Provide or confirm complete ID and verify Account Information. |
| 010 | Settlement or partial payment accepted. Verify Special Comment Code |
| 012 | Claims paid the original creditor before collection status/paid before charge-off. Verify Account Status, Payment Rating, Current Balance, Amount Past Due and Account History. |
| 019 | Credit Limit or Highest Credit/Original Loan Amount incorrect. Verify Credit Limit or Highest Credit/Original Loan Amount. |
| 019 | Included in the bankruptcy of another person. Verify Consumer Information Indicator. |
| 022 | Claims account closed. Verify Compliance Condition Code, Special Comment Code and Date Closed. |
| 024 | Claims account closed by consumer. Verify Compliance Condition Code and Date Closed. |
| 031 | Contract cancelled or rescinded. Verify all Account Information. |
| 027 | Account included in bankruptcy. Verify Consumer Information Indicator. |
| 038 | Claims active military duty. Verify all Account Information. |
| 039 | Insurance claim delayed. Verify Account Status, Payment Rating, Amount Past Due, Current Balance and Account History. |
| 040 | Account involved in litigation. Provide or confirm complete ID and verify all account information. |
| 041 | Claims Victim of Natural or Declared Disaster. Verify all Account Information. |
| 100 | Claims account deferred. Verify Specialized Payment Indicator and Deferred Payment Start Date. |
| 101 | Not liable for account (e.g., ex-spouse, business). If liable, provide or confirm complete ID. |
| 102 | Account reaffirmed or not included in bankruptcy. Verify Consumer Information Indicator and Account Status. |
| 103 | Claims true identity fraud/account fraudulently opened. Provide or confirm complete ID. |
| 104 | Claims account take-over, fraudulent charges made on account. Verify Special Comment Code. |
| 106 | Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Account History. |
| 108 | Disputes Portfolio Type, Account Type or Terms Duration/Terms Frequency. Verify Portfolio Type, Account Type, Terms Duration, and Terms Frequency. |
| 110 | Claims company will change. Verify all account information. |
| 111 | Claims company will delete. Verify all account information. |
| 112 | Consumer states inaccurate information. Provide or confirm complete ID and verify all Account Information. |
| 114 | Disputes Date Opened, Date of Last Payment and/or Date Closed. Verify Date Opened, Date of Last Payment and/or Date Closed |
| 115 | Disputes Date of First Delinquency. Verify Date of First Delinquency. |
| 116 | Disputes Compliance Condition. Verify Compliance Condition Code |
| 117 | Disputes Special Comment Code and/or Narrative Remarks. Verify Special Comment Code and/or Narrative Remarks. |
| 118 | Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due. |
| 119 | Disputes Original Charge-off Amount, Actual Payment Amount or Scheduled Monthly Payment Amount. Verify Original Charge-off Amount, Actual Payment Amount or Scheduled Monthly Payment Amount. |
| 120 | Consumer disputes deceased ECOA. Provide or confirm complete ID and verify ECOA Code. |
| 704 | MRC USE ONLY ATTN: Fraud Dept. Item blocked per valid copy of police report received confirming consumer is a victim of fraud |
| ** | OBSOLETE CODES *(Provide response per Metro 2)* |
| 008** | Late due to change of address - never received statement. Verify Account History, Account Status, and Payment Rating. |
| 014** | Claims paid before collection status |
| 105** | Disputes Date of Last Payment/Date Opened/Date of First Delinquency/Date Closed. Verify all dates. |
| 107** | Disputes Special Comment/Compliance Condition Code/Narrative Remarks. Verify Special Comment, Compliance Condition Code, and Account Type |
| 109** | Disputes Current Balance, Original Loan Amount, Scheduled Monthly Payment Amount, Actual Payment Amount, Amount Past Due, or Original Charge-off Amount. Verify Original Loan Amount, Scheduled Monthly Payment Amount, Actual Payment Amount, Amount Past Due, Current Balance, and Original Charge-off amount. |

### CONSUMER INFORMATION INDICATORS

| CODE | DESCRIPTION |
|------|-------------|
| 1A | Personal Receivership |
| 2A | Lease Assumption |
| A | Petition for Chapter 7 Bankruptcy |
| B | Petition for Chapter 11 Bankruptcy |
| C | Petition for Chapter 12 Bankruptcy |
| D | Petition for Chapter 13 Bankruptcy |
| E | Discharged through Bankruptcy Chapter 7 |
| F | Discharged through Bankruptcy Chapter 11 |
| G | Discharged through Bankruptcy Chapter 12 |
| H | Discharged/Completed through Bankruptcy Chapter 13 |
| Q | Removes previously reported Bankruptcy Indicator (A through P and Z) or Personal Receivership Indicator (1A) |
| R | Chapter 7 Reaffirmation of Debt |
| S | Removes previously reported Reaffirmation of Debt, Reaffirmation of Debt Rescinded and Lease Assumption Indicators (R, V, 2A, and Obsolete values W, X, Y) |
| T | Credit Grantor Cannot Locate Consumer |
| U | Consumer Now Located (Removes previously reported T Indicator) |
| V | Chapter 7 Reaffirmation of Debt Rescinded |
| ** | OBSOLETE CODES *(Provide response per Metro 2)* |
| I** | Chapter 7 Bankruptcy Dismissed |
| J** | Chapter 11 Bankruptcy Dismissed |
| K** | Chapter 12 Bankruptcy Dismissed |
| L** | Chapter 13 Bankruptcy Dismissed |
| M** | Chapter 7 Bankruptcy Withdrawn |
| N** | Chapter 11 Bankruptcy Withdrawn |
| O** | Chapter 12 Bankruptcy Withdrawn |
| P** | Chapter 13 Bankruptcy Withdrawn |
| W** | Chapter 11 Reaffirmation of Debt Rescinded |
| X** | Chapter 12 Reaffirmation of Debt Rescinded |
| Y** | Chapter 13 Reaffirmation of Debt Rescinded |
| Z** | Bankruptcy - Undesignated Chapter |

### ECOA CODES

| CODE | DESCRIPTION |
|------|-------------|
| 1 | Individual |
| 2 | Joint contractual liability |
| 3 | Authorized user |
| 5 | Co-maker or Guarantor |
| 7 | Maker |
| T | Terminated |
| W | Business/Commercial |
| X | Deceased |
| Z* | Delete Consumer |
| * | Valid only on Associated Consumer Information screen in the ACDV or AUD in e-OSCAR |
| ** | OBSOLETE CODES *(Provide response per Metro 2)* |
| 0** | Undesignated (accounts open before 06/77) |
| 4** | Joint |
| 6** | On behalf of |

Confidential Proprietary Information of Equifax, Experian, Innovis, TransUnion and/or OLDE

e-OSCAR Consolidated Code Sheet

### ACCOUNT STATUS CODES

| CODE | DESCRIPTION |
|------|-------------|
| 05* | Account transferred |
| 11 | Current account |
| 13* | Paid or closed account/zero balance |
| 61 | Account paid in full, was a voluntary surrender |
| 62 | Account paid in full, was a collection account. |
| 63 | Account paid in full, was a repossession |
| 64 | Account paid in full, was a charge-off |
| 65* | Account paid in full. A foreclosure was started. |
| 71 | Account 30-59 days past the due date |
| 78 | Account 60-89 days past the due date |
| 80 | Account 90-119 days past the due date. |
| 82 | Account 120-149 days past the due date |
| 83 | Account 150-179 days past the due date |
| 84 | Account 180 days or more past the due date. |
| 88* | Claim filed with government for insured portion of balance on a defaulted loan |
| 89* | Deed received in lieu of foreclosure on a defaulted mortgage; there may be a balance due |
| 93 | Account assigned to internal or external collections |
| 94* | Foreclosure completed; there may be a balance due |
| 95* | Voluntary surrender; there may be a balance due |
| 96 | Merchandise was repossessed; there may be a balance due |
| 97 | Unpaid balance reported as a loss (charge off) |
| * | PAYMENT RATING REQUIRED |
| ** | OBSOLETE CODES (Provide response per Metro 2) |
| 03** | Credit card lost or stolen |
| 04** | Closed inactive account |
| 10** | Account renewed or refinanced |
| 65** | Credit grantor paid by co. who originally sold the merchandise |
| 67** | Bankruptcy Ch 7, 11 or 12 |
| 68** | Paid in full for less than the full balance |
| 69** | Bankruptcy Ch 13 |
| 85** | Cannot locate consumer/now located |
| 86** | Now paying/was a charge-off |
| 87** | Foreclosure proceeding started |
| 91** | Early termination of lease/sales contract by default |
| 92** | Claim filed for insurance portion of balance |
| 98** | Credit grantor cannot locate consumer |
| UR** | Unrated/unknown |

### PAYMENT RATING CODES
Required for Account Status Codes 05, 13, 65, 88, 89, 94, 95

| CODE | DESCRIPTION |
|------|-------------|
| 0 | Current account (0-29 days past the due date) |
| 1 | 30 - 59 days past the due date |
| 2 | 60 - 89 days past the due date |
| 3 | 90 - 119 days past the due date |
| 4 | 120 - 149 days past the due date |
| 5 | 150 - 179 days past the due date |
| 6 | 180 or more days past the due date |
| G | Collection |
| L | Charge-off |

### MANNER OF PAYMENT CODES

| CODE | DESCRIPTION |
|------|-------------|
| (blank) | UNRATED |
| # | In bankruptcy/other party |
| S | Assigned to US Department of Education |
| 00 | Too New |
| 01 | As agreed, not more than 1 payment past due |
| 02 | Pays 30-59 days, not more than 2 payments past due |
| 03 | Pays 60-89 days, not more than 3 payments past due |
| 04 | Pays 90-119 days, not more than 4 payments past due |
| 05 | Pays over 120 days, 5 or more payments past due |
| 06 | Collection Account |
| 07 | Making regular payments or paid under wage earner plan or similar arrangement |
| 08 | Repossession |
| 8A | Voluntary repossession |
| 8P | Repossession, making payments |
| 8R | Repossession redeemed |
| 09 | Charged-off to bad debt |
| 9P | Making payments on an account rated 09 or 9B |
| A | Account is inactive |
| B | Lost or stolen card |
| C | Contact Member for status |
| D | Refinanced or Renewed |
| E | Consumer deceased |
| F | In financial counseling |
| G | Foreclosure process started |
| H | In WEP or other party |
| J | Adjustment pending |
| M | Included in Chapter 13 |
| S | Dispute-resolution pending |
| U | Need account # to check |
| Z | Account included in bankruptcy |
| CD | Collection status unpaid |
| CF | Collection status in financial counselling |
| CJ | Collection status adjustment pending |
| CM | Collection Status - Wage Earner |
| CN | Collection status new listing |
| CP | Collection status paid |
| CQ | Collection status unsettled |
| CS | Collection status disputed - Resolution pending |
| CT | Collection status payment |
| CU | Collection status unknown |
| CX | Collection status checked |
| CZ | Collection status in bankruptcy or other party |

### CREDITOR CLASSIFICATIONS

| CODE | DESCRIPTION |
|------|-------------|
| 01 | Retail |
| 02 | Medical/Health Care |
| 03 | Oil Company |
| 04 | Government |
| 05 | Personal Services |
| 06 | Insurance |
| 07 | Educational |
| 08 | Banking |
| 09 | Rental/Leasing |
| 10 | Utilities |
| 11 | Cable/Cellular |
| 12 | Financial |
| 13 | Credit Union |
| 14 | Automotive |
| 15 | Check Guarantee |

Confidential Proprietary Information of Equifax, Experian, Innovis, TransUnion and/or OLDE

e-OSCAR Consolidated Code Sheet

Effective November 2021

## SPECIAL COMMENT CODES

| CODE | DESCRIPTION |
|------|-------------|
| * | Removes any previously reported Special Comment Code |
| B | Account payments managed by financial counseling program |
| C | Paid by Co-maker or Guarantor |
| H | Loan assumed by another party. Requires ECOA Code T (Terminated) |
| I | Election of remedy |
| M | Account closed at credit grantor's request |
| O | Account transferred to another company/servicer |
| S | Special handling. Contact credit grantor for additional information |
| V | Adjustment pending |
| AB | Debt being paid through insurance |
| AC | Paying under a partial payment agreement |
| AH | Purchased by another company |
| AI | Recalled to active military duty |
| AJ | Student loan assigned to government |
| AM | Account payments assured by wage garnishment |
| AN | Account acquired by FDIC/NCUA |
| AO | Voluntarily surrendered - then redeemed or reinstated |
| AP | Credit Line suspended |
| AS | Account closed due to refinance |
| AT | Account closed due to transfer |
| AU | Account paid in full for less than the full balance |
| AV | First payment never received. Comment: May indicate fraudulent activity. |
| AW | Affected by natural or declared disaster. |
| AX | Account paid from collateral |
| AZ | Redeemed or reinstated repossession |
| BA | Transferred to Recovery. Requires Account Status Code 71 - 07. |
| BB | Full termination/status pending. Requires Account Type 3A or 13 |
| BC | Full termination/obligation satisfied. Requires Account Type 3A (Auto Lease) or 13 (Lease), Account Status Code 13 and Current Balance = 0 |
| BD | Full termination/balance owing. Requires Account Type 3A or 13. |
| BE | Early termination/status pending. Requires Account Type 3A or 13. |
| BF | Early termination/obligation satisfied. Requires Account Type 3A or 13, Account Status Code 13 and Current Balance = 0 |
| BG | Early termination/balance owing. Requires Account Type 3A or 13. |
| BH | Early termination/insurance loss. Requires Account Type 3A or 13 |
| BI | Involuntary repossession. Requires Account Type 3A or 13. |
| BJ | Involuntary repossession/obligation satisfied. Requires Account Type 3A or 13. |
| BK | Involuntary repossession/balance owing. Requires Account Type 3A or 13 |
| BL | Credit card lost or stolen |
| BN | Paid by company which originally sold the merchandise |
| BO | Foreclosure proceedings started |
| BP | Paid through insurance |
| BS | Prepaid lease. Requires Account Type 3A or 13. Consumer paid lease in advance. No monthly payments are due. |
| BT | Principal deferred/interest payment only |
| CH | Guaranteed/insured |
| CI | Account closed due to inactivity |
| CJ | Credit line no longer available - in repayment phase |
| CK | Credit Line reduced due to collateral depreciation |
| CL | Credit Line suspended due to collateral depreciation |
| CM | Collateral released by creditor / Balance owing |
| CN | Loan modified under a federal government plan |
| CO | Loan modified |
| CP | Account in forbearance |
| CS | Used by Child Support Agencies only when reporting delinquent or collection accounts. (No actual comment displays.) |
| DM* | Acquired from another lender |
| MR* | Substitute/replacement account |
| * | ACDV Request Codes only |
| ** | OBSOLETE CODES (Provide response per Metro 2) |
| AG** | Simple interest loan |
| AJ** | Payroll deduction |

## COMPLIANCE CONDITION CODES

| CODE | DESCRIPTION |
|------|-------------|
| XA | Account closed at consumer's request |
| XB | Account information disputed by consumer under the Fair Credit Reporting Act |
| XC | Completed investigation of FCRA dispute - consumer disagrees |
| XD | Account closed at consumer's request and in dispute under FCRA |
| XE | Account closed at consumer's request and dispute investigation completed, consumer disagrees. (To be used for FCRA or FCBA disputes) |
| XF | Account in dispute under Fair Credit Billing Act |
| XG | FCBA Dispute resolved - consumer disagrees |
| XH | Account previously in dispute - investigation completed, reported by data furnisher (To be used for FCRA or FCBA disputes) |
| XJ | Account closed at consumer's request and in dispute under FCBA |
| XR | Removes the most recently reported Compliance Condition Code |

## PORTFOLIO TYPES

| CODE | DESCRIPTION |
|------|-------------|
| C | Line of credit |
| I | Installment |
| M | Mortgage |
| O | Open account (30 or 90 days) |
| R | Revolving (open-end account) |

## 84-MONTH PAYMENT/ACCOUNT HISTORY

| CODE | DESCRIPTION |
|------|-------------|
| 0 | 0 payments past due (current account) |
| 1 | 30 - 59 days past due date |
| 2 | 60 - 89 days past due date |
| 3 | 90 - 119 days past due date |
| 4 | 120 - 149 days past due date |
| 5 | 150 - 179 days past due date |
| 6 | 180 or more days past due date |
| B | No payment history available prior to this time - either because the account was not open or because the payment history cannot be furnished. A "B" may not be embedded within other values. |
| D | No payment history reported/available this month. A "D" may be embedded in the payment pattern. |
| E | Zero balance and current account |
| G | Collection |
| H | Foreclosure Completed |
| J | Voluntary Surrender |
| K | Repossession |
| L | Charge-off |

## PORTFOLIO INDICATORS

| CODE | DESCRIPTION |
|------|-------------|
| 1 | Purchased From Name |
| 2 | Sold To Name |
| 9 | Remove Previously Reported Purchased From or Sold To Name |

Confidential Proprietary Information of Equifax, Experian, Innovis, TransUnion and/or OLDE

e-OSCAR Consolidated Code Sheet

Effective November 2021

| CODE | ACCOUNT TYPES — DESCRIPTION |
|------|-----------------------------|
| 00 | Auto |
| 01 | Unsecured |
| 02 | Secured |
| 03 | Partially Secured |
| 04 | Home Improvement |
| 05 | Federal Housing Administration (FHA) Home Improvement |
| 06 | Installment Sales Contract |
| 07 | Charge Account |
| 08 | Real estate - specific type unknown (Terms Duration in years) |
| 0A | Time Share Loan (A purchased time share) |
| 0C | Debt Buyer |
| 0F | Construction Loan |
| 0G | Flexible Spending Credit Card |
| 10 | Business Loan |
| 11 | Recreational Merchandise |
| 12 | Education |
| 13 | Lease |
| 15 | Line of Credit |
| 17 | Manufactured Housing |
| 18 | Credit Card |
| 19 | Federal Housing Administration (FHA) Real Estate Mortgage (Terms Duration in years) |
| 20 | Note Loan |
| 25 | Veteran's Administration (VA) Real Estate Mortgage (Terms Duration in years) |
| 26 | Conventional Real Estate Mortgage - including Purchase Money First (Terms Duration in years) |
| 29 | Rental Agreement |
| 2A | Secured Credit Card |
| 2C | U.S. Department of Agriculture (USDA) Real Estate Mortgage Loan (Terms Duration in years) |
| 37 | Combined Credit Plan |
| 3A | Auto Lease |
| 43 | Debt Card |
| ** | OBSOLETE CODES (Provide response per Metro 2) |
| 1A** | Lender Placed Insurance |
| 1C** | Household Goods |
| 22** | Secured by Household Goods |
| 23** | Secured by Household Goods and Other Collateral |
| 27** | Real estate mortgage |
| 30** | Summary of Accounts with the Same Status |
| 31** | Unknown |
| 34** | Debt Counseling Service |

| CODE | ACCOUNT TYPES — DESCRIPTION |
|------|-----------------------------|
| 00 | Auto |
| 01 | Unsecured |
| 02 | Secured |
| 03 | Partially Secured |
| 04 | Home Improvement |
| 05 | Federal Housing Administration (FHA) Home Improvement |
| 06 | Installment Sales Contract |
| 07 | Charge Account |
| 08 | Real estate - specific type unknown (Terms Duration in years) |
| 0A | Time Share Loan (A purchased time share) |
| 0C | Debt Buyer |
| 0F | Construction Loan |
| 0G | Flexible Spending Credit Card |
| 10 | Business Loan |
| 11 | Recreational Merchandise |
| 12 | Education |
| 13 | Lease |
| 15 | Line of Credit |
| 17 | Manufactured Housing |
| 18 | Credit Card |
| 19 | Federal Housing Administration (FHA) Real Estate Mortgage (Terms Duration in years) |
| 20 | Note Loan |
| 25 | Veteran's Administration (VA) Real Estate Mortgage (Terms Duration in years) |
| 26 | Conventional Real Estate Mortgage - including Purchase Money First (Terms Duration in years) |
| 29 | Rental Agreement |
| 2A | Secured Credit Card |
| 2C | U.S. Department of Agriculture (USDA) Real Estate Mortgage Loan (Terms Duration in years) |
| 37 | Combined Credit Plan |
| 3A | Auto Lease |
| 43 | Debt Card |
| ** | OBSOLETE CODES (Provide response per Metro 2) |
| 1A** | Lender Placed Insurance |
| 1C** | Household Goods |
| 22** | Secured by Household Goods |
| 23** | Secured by Household Goods and Other Collateral |
| 27** | Real estate mortgage |
| 30** | Summary of Accounts with the Same Status |
| 31** | Unknown |
| 34** | Debt Counseling Service |

| CODE | e-OSCAR ACDV RESPONSE CODES — DESCRIPTION |
|------|-------------------------------------------|
| 1 | Account information accurate as of date reported |
| 3 | Delete account |
| 4 | Misrouted ACDV, please reroute |
| 5 | Incomplete (Batch ONLY) |
| 7 | Delete due to Fraud |
| 21 | Updated disputed account information only. |
| 22 | Updated disputed account information. Additional account information was also updated. |
| 23 | Disputed information accurate. Updated account information unrelated to dispute. |
| 24 | Consumer's dispute not specific. Consumer information verified. Account information updated. |

Confidential Proprietary Information of Equifax, Experian, Innovis, TransUnion and/or OLDE