

Plaintiff's Ex. 2
11/29/2021 RG

EXHIBIT

2

Name **Fowler, Angelia**    Curren

| 3963 | 8715121 | $0.00 | IMSBD | 982 |
| 3990 | 8715121 | $0.00 | IMSBD | 822 |
| 4039 | 8715121 | $0.00 | IMSBD | 799 |
| 4632 | 8715121 | $0.00 | IMSBD | 915 |
| 4650 | 8715121 | $0.00 | IMSBD | 844 |
| 3444 | 8715121 | $0.00 | IMSBD | 225 |
| 3218 | 8715121 | $0.00 | IMSBD | 321 |
| 3250 | 8715121 | $0.00 | IMSBD | 964 |
| 3378 | 8715121 | $0.00 | IMSBD | 480 |
| 3484 | 8715121 | $0.00 | IMSBD | 059 |
| 3712 | 8715121 | $0.00 | IMSBD | 685 |
| 3801 | 8715121 | $0.00 | IMSBD | 428 |
| 3832 | 8715121 | $0.00 | IMSBD | 371 |
| 4019 | 8715121 | $0.00 | IMSBD | 732 |
| 3160 | 8715121 | $0.00 | IMSBD | 315 |
| 3116 | 8715121 | $0.00 | IMSBD | 584 |
| 3280 | 8715121 | $0.00 | IMSBD | 758 |

1 to 56 of 56    Page 1 ▼    1000 r

Preferred_Resp_Plaintiff_RTPs  187



Preferred_Resp_Plaintiff_RTPs  188



| Name | Fowler, Angelia | | | | Current |
|---|---|---|---|---|---|
| 3963 | 8715121 | | $0.00 | IMSBD | 982 |
| 3990 | 8715121 | | $0.00 | IMSBD | 622 |
| 4039 | 8715121 | | $0.00 | IMSBD | 799 |
| 4632 | 8715121 | | $0.00 | IMSBD | 915 |
| 4650 | 8715121 | | $0.00 | IMSBD | 844 |
| 3444 | 8715121 | | $0.00 | IMSBD | 225 |
| 3218 | 8715121 | | $0.00 | IMSBD | 321 |
| 3250 | 8715121 | | $0.00 | IMSBD | 964 |
| 3378 | 8715121 | | $0.00 | IMSBD | 480 |
| 3484 | 8715121 | | $0.00 | IMSBD | 059 |
| 3712 | 8715121 | | $0.00 | IMSBD | 585 |
| 3801 | 8715121 | | $0.00 | IMSBD | 428 |
| 3832 | 8715121 | | $0.00 | IMSBD | 371 |
| 4019 | 8715121 | | $0.00 | IMSBD | 732 |
| 3160 | 8715121 | | $0.00 | IMSBD | 315 |
| 3116 | 8715121 | | $0.00 | IMSBD | 584 |
| 3280 | 8715121 | | $0.00 | IMSBD | 758 |

1 to 56 of 56          Page 1 ▾     1000 r

Preferred_Resp_Plaintiff_RTPs  189

Preferred Collections & Management
The Preferred Group of Tampa
Preferred CMS, Inc.
1000 N. Ashley Dr. #600
Tampa, FL 33602-3723
(813) 251-0802
State License#CCA9902277

Angelia Fowler
PO Box 14194
North Palm Beach, FL 33408-0194

May 18, 2019
Account#　　　3418

To Whom It May Concern,

Your company is reporting the following items to the consumer credit bureaus which are not mine. As allowable under the Fair Debt Collections Practices Act, I am requesting validation of the alleged debt, again.

I am aware that this is medical debt, and I am also allowed under the HIPAA law (Health Insurance Portability and Accountability Act of 1996) to

protect my privacy and medical records from third parties. I do not recall giving permission to any agency, hospital or doctor to release my medical information to a third party such as your company. Details may only be revealed with the patient's authorization; therefore my request is as follows:

Please provide:
-A breakdown of fees including any and all collection costs and medical charges, and
-A copy of my signature with the provider of service to release my medical information to your company.

I am requesting full documentation of what you received from the provider of service in connection with this alleged debt. Please send this information to my mailing address above and accept this letter, sent certified mail, as a formal debt validation request.

Continued reporting of this debt to the credit bureaus in this format, and prior to validation may be a violation of the Fair Credit Reporting Act and may allow me to seek damages.

I await your reply with the above requested documentation.

Regards,

Angelia Fowler

| SONNET ID | SONNET RECEIVED | NAME | ACCOUNT # | ORIGINAL CREDITOR | CREDIT BUREAU | CODE | STATUS | COMPLETED ON |
|---|---|---|---|---|---|---|---|---|
| 24006256 | 2/12/2021 | ANGELIA FOWLER | ▮990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE W IMAGES (10) | 2/24/2021 |
| 24006224 | 02/12/201 | ANGELIA FOWLER | ▮3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE W IMAGES (10) | 2/24/2021 |
| 8237243 | 5/8/2019 | ANGELIA FOWLER | ▮4650 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237236 | 5/8/2019 | ANGELIA FOWLER | ▮4632 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 7237230 | 5/8/2019 | ANGELIA FOWLER | ▮4071 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237223 | 5/8/2019 | ANGELIA FOWLER | ▮4039 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237215 | 5/8/2019 | ANGELIA FOWLER | ▮4019 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237210 | 5/8/2019 | ANGELIA FOWLER | ▮3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237202 | 5/8/2019 | ANGELIA FOWLER | ▮3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237194 | 5/8/2019 | ANGELIA FOWLER | ▮3484 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237188 | 5/8/2019 | ANGELIA FOWLER | ▮3444 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237183 | 5/8/2019 | ANGELIA FOWLER | ▮3418 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237176 | 5/8/2019 | ANGELIA FOWLER | ▮3378 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237169 | 5/8/2019 | ANGELIA FOWLER | ▮3344 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237162 | 5/8/2019 | ANGELIA FOWLER | ▮3323 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 1647041 | 10/26/2017 | ANGELIA FOWLER | ▮4039 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1647034 | 10/26/2017 | ANGELIA FOWLER | ▮3378 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646903 | 10/26/2017 | ANGELIA FOWLER | ▮4019 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646896 | 10/26/2017 | ANGELIA FOWLER | ▮3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646889 | 10/26/2017 | ANGELIA FOWLER | ▮3444 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646874 | 10/26/2017 | ANGELIA FOWLER | ▮3344 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645710 | 10/26/2017 | ANGELIA FOWLER | ▮4650 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645708 | 10/26/2017 | ANGELIA FOWLER | ▮4632 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645706 | 10/26/2017 | ANGELIA FOWLER | ▮4071 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645700 | 10/26/2017 | ANGELIA FOWLER | ▮3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645698 | 10/26/2017 | ANGELIA FOWLER | ▮3484 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645694 | 10/26/2017 | ANGELIA FOWLER | ▮3418 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645689 | 10/26/2017 | ANGELIA FOWLER | ▮3323 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1634859 | 10/25/2017 | ANGELIA FOWLER | ▮3990 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1634857 | 10/25/2017 | ANGELIA FOWLER | ▮3801 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633658 | 10/25/2017 | ANGELIA FOWLER | ▮4071 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |

Preferred_Resp_Plaintiff_RTPs 193

| SONNET ID | SONNET RECEIVED | NAME | ACCOUNT # | ORIGINAL CREDITOR | CREDIT BUREAU | CODE | STATUS | COMPLETED ON |
|---|---|---|---|---|---|---|---|---|
| 1633648 | 10/25/2017 | ANGELIA FOWLER | 112444039 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633636 | 10/25/2017 | ANGELIA FOWLER | 112443712 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633629 | 10/25/2017 | ANGELIA FOWLER | 112443444 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633626 | 10/25/2017 | ANGELIA FOWLER | 112443280 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633504 | 10/25/2017 | ANGELIA FOWLER | 112444650 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633472 | 10/25/2017 | ANGELIA FOWLER | 112443832 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633431 | 10/25/2017 | ANGELIA FOWLER | 112443160 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632389 | 10/25/2017 | ANGELIA FOWLER | 112444632 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632384 | 10/25/2017 | ANGELIA FOWLER | 112444019 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632380 | 10/25/2017 | ANGELIA FOWLER | 112443963 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632379 | 10/25/2017 | ANGELIA FOWLER | 112443925 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632377 | 10/25/2017 | ANGELIA FOWLER | 112443877 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632372 | 10/25/2017 | ANGELIA FOWLER | 112443776 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632369 | 10/25/2017 | ANGELIA FOWLER | 112443735 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632365 | 10/25/2017 | ANGELIA FOWLER | 112443676 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632362 | 10/25/2017 | ANGELIA FOWLER | 112443484 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632360 | 10/25/2017 | ANGELIA FOWLER | 112443418 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632358 | 10/25/2017 | ANGELIA FOWLER | 112443378 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632356 | 10/25/2017 | ANGELIA FOWLER | 112443344 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632354 | 10/25/2017 | ANGELIA FOWLER | 112443323 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632350 | 10/25/2017 | ANGELIA FOWLER | 112443250 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632349 | 10/25/2017 | ANGELIA FOWLER | 112443218 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632347 | 10/25/2017 | ANGELIA FOWLER | 112443181 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632343 | 10/25/2017 | ANGELIA FOWLER | 112443128 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632341 | 10/25/2017 | ANGELIA FOWLER | 112443116 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |

Preferred_Resp_Plaintiff_RTPs  194

| SONNET ID | SONNET RECEIVED | NAME | ACCOUNT # | ORIGINAL CREDITOR | CREDIT BUREAU | CODE | STATUS | COMPLETED ON |
|---|---|---|---|---|---|---|---|---|
| 24006256 | 2/12/2021 | ANGELIA FOWLER | ■■■3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE W IMAGES (10) | 2/24/2021 |
| 24006224 | 02/12/201 | ANGELIA FOWLER | ■■■3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE W IMAGES (10) | 2/24/2021 |
| 8237243 | 5/8/2019 | ANGELIA FOWLER | ■■■4650 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237236 | 5/8/2019 | ANGELIA FOWLER | ■■■4632 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 7237230 | 5/8/2019 | ANGELIA FOWLER | ■■■4071 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237223 | 5/8/2019 | ANGELIA FOWLER | ■■■4039 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237215 | 5/8/2019 | ANGELIA FOWLER | ■■■4019 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237210 | 5/8/2019 | ANGELIA FOWLER | ■■■3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237202 | 5/8/2019 | ANGELIA FOWLER | ■■■3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237194 | 5/8/2019 | ANGELIA FOWLER | ■■■3484 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237188 | 5/8/2019 | ANGELIA FOWLER | ■■■3444 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237183 | 5/8/2019 | ANGELIA FOWLER | ■■■3418 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237176 | 5/8/2019 | ANGELIA FOWLER | ■■■3378 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237169 | 5/8/2019 | ANGELIA FOWLER | ■■■3344 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 8237162 | 5/8/2019 | ANGELIA FOWLER | ■■■3323 | INCARE MEDICAL SERVICES INC | EXPERIAN | 112 | COMPLETE | 5/8/2019 |
| 1647041 | 10/26/2017 | ANGELIA FOWLER | ■■■4039 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1647034 | 10/26/2017 | ANGELIA FOWLER | ■■■3378 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646903 | 10/26/2017 | ANGELIA FOWLER | ■■■4019 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646896 | 10/26/2017 | ANGELIA FOWLER | ■■■3990 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646889 | 10/26/2017 | ANGELIA FOWLER | ■■■3444 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1646874 | 10/26/2017 | ANGELIA FOWLER | ■■■3344 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645710 | 10/26/2017 | ANGELIA FOWLER | ■■■4650 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645708 | 10/26/2017 | ANGELIA FOWLER | ■■■4632 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645706 | 10/26/2017 | ANGELIA FOWLER | ■■■4071 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645700 | 10/26/2017 | ANGELIA FOWLER | ■■■3963 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645698 | 10/26/2017 | ANGELIA FOWLER | ■■■3484 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645694 | 10/26/2017 | ANGELIA FOWLER | ■■■3418 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1645689 | 10/26/2017 | ANGELIA FOWLER | ■■■3323 | INCARE MEDICAL SERVICES INC | EXPERIAN | 1 | COMPLETE | 11/9/2017 |
| 1634859 | 10/25/2017 | ANGELIA FOWLER | ■■■3990 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1634857 | 10/25/2017 | ANGELIA FOWLER | ■■■3801 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633658 | 10/25/2017 | ANGELIA FOWLER | ■■■4071 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |

Preferred_Resp_Plaintiff_RTPs  195

| SONNET ID | SONNET RECEIVED | NAME | ACCOUNT # | ORIGINAL CREDITOR | CREDIT BUREAU | CODE | STATUS | COMPLETED ON |
|---|---|---|---|---|---|---|---|---|
| 1633648 | 10/25/2017 | ANGELIA FOWLER | ███44039 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633636 | 10/25/2017 | ANGELIA FOWLER | ███3712 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633629 | 10/25/2017 | ANGELIA FOWLER | ███3444 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633626 | 10/25/2017 | ANGELIA FOWLER | ███3280 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633504 | 10/25/2017 | ANGELIA FOWLER | ███44650 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633472 | 10/25/2017 | ANGELIA FOWLER | ███3832 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1633431 | 10/25/2017 | ANGELIA FOWLER | ███3160 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632389 | 10/25/2017 | ANGELIA FOWLER | ███4632 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632384 | 10/25/2017 | ANGELIA FOWLER | ███4019 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632380 | 10/25/2017 | ANGELIA FOWLER | ███3963 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632379 | 10/25/2017 | ANGELIA FOWLER | ███3925 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632377 | 10/25/2017 | ANGELIA FOWLER | ███3877 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632372 | 10/25/2017 | ANGELIA FOWLER | ███43776 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632369 | 10/25/2017 | ANGELIA FOWLER | ███43735 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632365 | 10/25/2017 | ANGELIA FOWLER | ███3676 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632362 | 10/25/2017 | ANGELIA FOWLER | ███3484 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632360 | 10/25/2017 | ANGELIA FOWLER | ███3418 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632358 | 10/25/2017 | ANGELIA FOWLER | ███43378 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632356 | 10/25/2017 | ANGELIA FOWLER | ███3344 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632354 | 10/25/2017 | ANGELIA FOWLER | ███3323 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632350 | 10/25/2017 | ANGELIA FOWLER | ███3250 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632349 | 10/25/2017 | ANGELIA FOWLER | ███3218 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632347 | 10/25/2017 | ANGELIA FOWLER | ███3181 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632343 | 10/25/2017 | ANGELIA FOWLER | ███3128 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |
| 1632341 | 10/25/2017 | ANGELIA FOWLER | ███3116 | INCARE MEDICAL SERVICES INC | EQUIFAX | 1 | COMPLETE | 11/9/2017 |

Preferred_Resp_Plaintiff_RTPs  196