**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGELIA FOWLER,

> Plaintiff,

vs.                                                  Civil Action No. 8:21-cv-01038-WFJ-AAS

EXPERIAN Information
SOLUTIONS, INC., and
PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

> Defendants.                                    /

| Plaintiff's Ex. 3 |
| --- |
| 11/29/2021 RG |

**DEFENDANT PREFERRED COLLECTION AND MANAGEMENT**
**SERVICE, INC.'S ANSWERS TO PLAINTIFF'S FIRST SET OF**
**INTERROGATORIES**

1.      For each person answering these interrogatories, please state your:
        a) Full Name and all aliases:
                Matt Kiefer
        b) Date and place of birth:
                8/14/67 Clark AFB, Phillipines.
        c) Business or Occupation:
                Chief Officer of Information, Compliance & Development
                The Preferred Group of Tampa
        d) Business address:
                8875 Hidden River Pkwy Ste 100
                Tampa, FL 33637

**EXHIBIT**

**3**

2.      Identify by name, publisher, publisher's address, vendor and vendor's address, any commercial software which you use to maintain, bill, collect, or report any information relating to your Plaintiff accounts or application information relating to your Plaintiff accounts.

Answer:      To the extent that "your Plaintiff accounts" refers to debtor accounts assigned to Preferred Collection and Management Services, Inc., ("PCMS") answers as follows:  since 2017, PCMS has used the commercial collections software made by InterProse called ACE. InterProse is based out of Vancouver, Washington.

3.      State all defenses you claim with regard to liability. For each claimed defense, identify each witness and document upon which the defense is based.

Answer:      See Defendant's Answer and Affirmative Defenses.
Matt Kiefer, Jennifer Thorpe, Odalys Diaz, Caridad Vinson, and Christine Morales all are witnesses and the documents relied upon are business records of PCMS.  Christine and Caridad are no longer employees of the company.

4.      Please provide the dates of each and every communication PREFERRED had with the Plaintiff or any other party to this lawsuit concerning any of the facts or allegations described in this lawsuit or any pleading you have filed or may file, identify the persons with whom you communicated, and explain and describer the contest of your communications.

Answer:      Accounts were assigned 12/12/2016 and a validation letter was sent on or about 12/27/2016.

Call attempts were made in 2017 on 1/25, 1/26, 1/27, 1/30, 8/7, to no avail.
The account(s) were credit reported 5/25/2017 and 5/28/2017.

Odalys received a nonspecific dispute (code 001 "not his/hers") on all that were assigned to Preferred through the electronic system, E-Oscar, from the bureaus 11/9/17 and verified the information in our system against what was presented in E-Oscar and generated a response letter to go out to the consumer for her accounts. This would have contained the account(s) information that we have along with our contact

information and name of the original creditor as well as dates of service.

Odalys received another E-Oscar dispute 5/8/2019 claiming a HIPAA violation, specifically stating that she did not give permission to exchange her PHI. The account continued to be marked disputed but collection agencies do not need a patient's permission to collect on an account nor report it on their credit file. Such disclosure activity is expressly permitted under HIPAA under treatment, payment and operations (TPO) exceptions for a business associate of a provider covered by a business Associates Agreement.

Christine then received a certified mail (dispute letter) 5/28/2019 and it was uploaded to the patient's account 5/30/2019 by Caridad. Christine received another certified dispute letter 6/10/2019 and it was uploaded to the patient's account(s) by Caridad 6/14/2019.

Odalys received another E-Oscar dispute  2/24/2021 and saw the demographics had not changed.

Our client decided to cancel all of the accounts they had placed with us on 3/10/2021 because they had closed their business due to his wife falling ill. Cancelled account are removed from credit reporting during the next file transfer the following month.

5.     Please state the names, home addresses and telephone numbers of each and every person having knowledge of facts or having formed any opinions relating to any or all of the incidents which are the basis of this lawsuit, any allegation made in this lawsuit, any defense raised in this lawsuit, the cause of any alleged incident underlying this lawsuit or damages claimed in this lawsuit, or relating to any of the damages incurred by Plaintiff including any of your employees who, in any way, handled or supervised any matter in connection with Plaintiff's disputes to you, your credit reporting about Plaintiff, and any of your communications with Plaintiff or any credit reporting agency regarding Plaintiff.

Answer:     Matt Kiefer, Jennifer Thorpe, Odalys Diaz, all of who are employees of Defendant and may be contact via counsel for Defendant.

Former employee Christine Morales (address unknown)

Former employee Caridad Marie Vinson last known address 1937 W. Arch St., Tampa, FL 33607

6.    In light of the allegations, please identify each action taken by you in verifying the credit information relating to Plaintiff which was NOT taken intentionally with full knowledge of your obligations and Plaintiff's rights under the Fair Credit Reporting Act.

Answer:    Unable to answer the interrogatory as phrased it is vague.

7.    Please provide a detailed description (including any title(s) of any and all manuals guides, algorithms, rules, or other document(s) containing such description) of how you utilize, rank, or weigh different pieces of personal identifying information, such as first name, middle initial or name, last name, current address, former address, date or year of birth, and Social Security number, when determining what items to include in a given Plaintiff report?

Answer:    To the extent that a "given Plaintiff report" means a credit report about Plaintiff's account assigned to PCMS, there is no weighing or ranking utilized when determining what items to include in a given credit report.  The amount of the balance, or our client's instructions on credit reporting are factors.  However, the items to be included if credit reporting occurs is dictated by the Metro2 format. Generally speaking, we report the information we receive from our clients under the headers in the Metro 2 file specs.

8.      Identify the true creditor of any account which PREFERRED Company reported in association with Plaintiff's personal identifiers–including but not limited to the holder of the account or securitization trust which owned the credit obligation–and the nature of any relationship between, any true creditor, [and] PREFERRED.

Answer: Preferred was a third-party debt collector on the following accounts:

| Client Account # | Agency Account # | Account Assigned Date | Account Last Charge Date | PROVIDER NAME |
|---|---|---|---|---|
| 278505 | 113443776 | 12/12/2016 | 12/3/2015 | Ahmed, Jahangir |
| 279412 | 113443181 | 12/12/2016 | 12/11/2015 | Kumar, Mukesh |
| 277646 | 113443344 | 12/12/2016 | 11/21/2015 | Robinson, Domain |
| 277480 | 113443378 | 12/12/2016 | 11/20/2015 | Hoosien, Ebrahim |
| 278428 | 113443801 | 12/12/2016 | 12/2/2015 | Ahmed, Jahangir |
| 277059 | 113443484 | 12/12/2016 | 11/17/2015 | Hoosien, Ebrahim |
| 277822 | 113443990 | 12/12/2016 | 11/26/2015 | SHAH, SHEELA R |
| 277472 | 113443323 | 12/12/2016 | 11/22/2015 | Robinson, Domain |
| 278964 | 113443250 | 12/12/2016 | 12/8/2015 | SHAH, SHEELA R |
| 279519 | 113443128 | 12/12/2016 | 12/13/2015 | Kumar, Mukesh |
| 278671 | 113443735 | 12/12/2016 | 12/4/2015 | Jumapao, Azucena |
| 277732 | 113444019 | 12/12/2016 | 11/25/2015 | SHAH, SHEELA R |
| 278102 | 113443925 | 12/12/2016 | 11/28/2015 | Kumar, Mukesh |
| 277225 | 113443444 | 12/12/2016 | 11/18/2015 | Hoosien, Ebrahim |
| 277333 | 113443418 | 12/12/2016 | 11/19/2015 | Hoosien, Ebrahim |
| 277600 | 113444071 | 12/12/2016 | 11/23/2015 | SHAH, SHEELA R |
| 276915 | 113444632 | 12/12/2016 | 11/16/2015 | Hoosien, Ebrahim |
| 278320 | 113443877 | 12/12/2016 | 11/30/2015 | Ahmed, Jahangir |
| 279321 | 113443218 | 12/12/2016 | 12/10/2015 | Kumar, Mukesh |
| 279315 | 113443160 | 12/12/2016 | 12/12/2015 | Kumar, Mukesh |
| 277982 | 113443963 | 12/12/2016 | 11/27/2015 | Ahmed, Jahangir |
| 278685 | 113443712 | 12/12/2016 | 12/5/2015 | Jumapao, Azucena |
| 278693 | 113443676 | 12/12/2016 | 12/6/2015 | Jumapao, Azucena |
| 278758 | 113443280 | 12/12/2016 | 12/7/2015 | Jumapao, Azucena |
| 276844 | 113444650 | 12/12/2016 | 11/15/2015 | SHAH, SHEELA R |
| 277799 | 113444039 | 12/12/2016 | 11/24/2015 | SHAH, SHEELA R |
| 279584 | 113443116 | 12/12/2016 | 12/14/2015 | Kumar, Mukesh |
| 278371 | 113443832 | 12/12/2016 | 12/1/2015 | Ahmed, Jahangir |

9.    Identify each document which PREFERRED claims was executed by Plaintiff in order to initiate, consummate or fulfill any transaction with you.

Answer:    None. PCMS did not extend credit to or engage in any financial transactions with Plaintiff.

10.    Please provide a detailed description (including any title(s) of any and all manuals, guides, or other document(s) containing such description) of each policy, procedure, or measure you take to ensure that information of one Plaintiff does not get included in the credit file of another.

Answer:    The ACE computer software used by Preferred flags and generates credit report and by pulling the information to put it in the correct fields. The ACE layout to Metro 2 format is attached and incorporated.

11.    Please provide a detailed description (including any title(s) of any and all manuals, guides, or other document(s) containing such description) of how you identify whether a particular credit file is a Mixed File upon receipt of a dispute by a Plaintiff.

Answer:    The procedures for handling credit disputes made by a consumer to a credit reporting agency (CRA) are outlined on the website for e-OSCAR.   The name e-OSCAR stands for "Online Solution for Complete and Accurate Reporting."  e-OSCAR is a web-based, Metro2 compliant, automated system that enables Data Furnishers (DFs) such as PCMS, and Credit Reporting Agencies (CRAs) to create and respond to consumer credit history disputes.

The e-OSCAR system primarily supports Automated Credit Dispute Verification (ACDV) and Automated Universal Dataform (AUD) processing as well as a number of related processes that handle registration, subscriber code management and reporting.

ACDVs initiated by a CRA on behalf of a consumer are routed to the appropriate DF based on the CRA and subscriber code affiliations indicated by the DF. After a comparison between the personal information included in the ACDV with the DF's internal data file, the ACDV is returned to the initiating CRA with updated information (if any) relating to the consumer's credit history. If an account is modified

or deleted, Carbon Copies are sent to each CRA with whom the DF has a reporting relationship.

We report only the information we have in our system to the bureaus. If the Bureaus' (own)"matching criteria" places the item on the wrong person's report and It is disputed and found to be the case, we delete it. (I.E. Jr/ Sr issue where name is same but DOB and/or SSN is different.). If the claim is medical identity theft, we get with the client and ask the patient (victim) to send us a police report with the FTC Affidavit attached. We then cancel the account.

12.    Please identify by name and ID number each individual that handled any aspect of any dispute made by or on behalf of Plaintiff and received by or on behalf of you.

Answer:    See Answer #4 too
           Odalys Diaz
           Client Service Representative

           Caridad Marie Vinson
           1937 W. Arch St. Tampa, FL 33607

           Christine Morales

13.    Please identify the number of mixed files you have confirmed (according to your own criteria for identifying and confirming Mixed Files) in each of the previous five (5) years.

Answer:    There is no way to measure this as the information for disputes is not stored anywhere other than the notes and the notes are not queryable. We have millions of accounts in Ace. We have had thousands upon thousands of disputes over the years with code 001 "not his or hers" and whether it was a jr/sr issue is not a data element that is stored. The code is most often used generically when someone doesn't recognize Preferred CMS, the client we are servicing, or moved an didn't receive letters. For instance, a patient could present at a hospital, be admitted and think they will only get a hospital bill, but in reality, they could get a bill from an attending physician in the ER, the lab, radiology doctor as well as the hospital for the x-ray, etc. They may not realize or recognize they received services from a multitude of different entities.

14.    Please identify the number of Plaintiff disputes that you investigated as mixed file matters (according to your own criteria for identifying mixed files) in each of the previous five (5) years.

Answer:    See answer for #13; answer is the same.

15.    If you intend to rely upon any interpretation of the FCRA and/or any legal or administrative authority thereon, as a defense to any action or inaction you have taken in connection with any claims asserted herein:

a) Please provide a detailed description of each interpretation of which you intend to rely;

Answer:    Authorities already stated in PCMS's answer to the complaint.  No agency interpretations or expert opinions.

b) Please identify the date on which each interpretation was made and by whom;

Answer:    varying dates.

c) Please identify the date on which you determined to rely on each interoperation and the specific name and title of each person who made or participated in making that determination;

Answer:    unable to answer as phrased.

16.    Describe in detail all steps you and/or anyone acting on your behalf took to investigate any and all disputes made to you by Plaintiff in the past three (3) years.

Answer:    There were two types of disputes made by Plaintiff relating to the debts in issue. One was her dispute through credit reporting agencies.  The other was a written letter sent directly to PCMS.  The letter dispute sent directly to PCMS does not require action in credit reporting. PCMS noted that the account was disputed by Plaintiff and the nature of the disputes: that the accounts were not her accounts, and that she did not authorize the disclosure of HIPAA information to Preferred. The second type of dispute was through the e-OSCAR system which generated an ACDV which was sent by the CRA to PCMS.  Plaintiff's

e-OSCAR dispute was a general dispute of the account. The consumer is allowed to select any of a number of typical dispute types from a drop-down menu in e-OSCAR. Plaintiff chose the e-OSCAR dispute code: "001: Not His/Hers". As a result, the ACDV included her demographic information (name, SSN, DOB, address) that was contained in the specific credit file Plaintiff was disputing and that was provided to PCMS. There is a service (Sonnet) which interfaces with PCMS's computer data from it Interprose ACE system, with the information in ACDV provided. The Sonnet Program show the demographic information contained in the credit file side by side on the same computer screen with what is in PCMS's internal file. A human employee of PCMS compares the data to see if there is any variation and makes changes and responds as required. In this case, the demographic information in the credit report matched and there were no changes made to the credit file.

17.    How many files do you or have you maintained containing Plaintiff's credit information in the past three (3) years?

Answer:    Estimate of 70 times.

18.    Identify any and all third-party companies that provide telephone customer service on your behalf.
Answer:    None.

## VERIFICATION

STATE OF _Florida_

COUNTY OF _Hillsborough_

BEFORE ME, the undersigned authority, personally appeared, who, after being duly sworn, deposes and says that he/she is the person named in the foregoing Answers to Interrogatories, that he/she has read the same, knows the contents thereof and the same are true as stated.

_Matt Krider_

By: Authorized Agent for Preferred Collection And Management Services, Inc.

As: _Answers to Interrogatories_ The foregoing instrument was acknowledged before me this ___18th___ day of _November_, 2021 by

_Matt Krider_, who is personally known to me or who has

produced _____ as identification and who

did take an oath.

NOTARY PUBLIC:

PAMELA R. GAFFORD
Commission # HH 081938
Expires May 19, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

_Pamela Gafford_
Sign

_Pamela R. Gafford_
Print