# AFFIDAVIT OF RECORDS CUSTODIAN OR OTHER QUALIFIED WITNESS OF INCARE MEDICAL SERVICES, INC.

BEFORE ME the undersigned authority, Raj Shah, did appear and after being duly sworn deposes and states the following:

1. I am more than eighteen years of age and have personal knowledge of the facts contained in this affidavit.

2. That during the period of 2015, through March 2021, I was employed at Incare Medical Services, Inc, (Incare), as its Chief Financial Officer and in such capacity with Incare, I am familiar with the books and records kept in the normal course of Incare's business.

3. I have reviewed the records of Incare as they relate to the accounts of Angelia Fowler. The records reviewed and relied upon for this affidavit are kept in the normal course of Incare's business, whether or not there is a legal proceeding related to the accounts, and the keeping and maintaining of these records is a regular practice of Incare. Incare's records are created at or near the time the events being recorded occurred and by or from information transmitted by a person with personal knowledge of the event being recorded. The records of Incare reviewed by me to make this affidavit are kept and maintained by Incare in the course of its regularly conducted activities.

4. The records that Incare regularly keeps and maintains records related to a patient's: medical records, billing records, signed consents, records relating to payments and adjustments to the patient's accounts, including insurance payments, medicare payments, Medicaid payments, and any patient responsibility due.

5. Incare has records related to numerous accounts of Angelia Fowler. The list of accounts of Incare Medical Services, Inc., is attached hereto as exhibit "A" to this affidavit and are incorporated herein by reference.

6. Incare performs medical billing services for Physicians making rounds at hospitals. In the case of Angelia Fowler, the list of Physicians and the dates of services rendered is attached hereto as exhibit "B" to this affidavit and is incorporated herein by reference. The attached list of Physicians is for rounding services performed at St. Mary's Hospital during Angelia Fowler's admission at St. Mary's Hospital.

7. As a condition of the assignment of account information which contains protected health information, Incare requires any business associate to execute a HIPAA business associates agreement to ensure that the business associate receiving Protected Health Information does not disclose the information to anyone not authorized.

8. From December 2016 until March 2021 the accounts of Angelia Fowler were placed with

Preferred Collection and Management Services Inc. (PCMS) for collection. In March 2021, the accounts were recalled from PCMS by Incare at Incare's request.

9. At the time that Incare assigned the accounts to PCMS, it provided to PCMS information related to each account including the name, social security number, date of birth and current address of the patient as well as the date of service and the outstanding balance due.

10. It was the practice of Incare to notify PCMS of any changes to the account status or balance so that PCMS would have current information.

11. The records of Incare reflect no dispute by Angelia Fowler to Incare by phone mail or email of any disputes by Ms. Fowler to the balances due. It was Incare's policy that if any dispute were received to any of the accounts it had assigned, it would notify the vendor to which the account was assigned. Incare never notified PCMS that Angelia Fowler ever disputed her accounts with Incare.

FURTHER AFFIANT SAYETH NAUGHT

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4 day of ~~December 2021~~. JAN 2022

By: _____
Affiant
Print Name: RAJ SHAH
Title: MANAGER

SWORN TO AND SUBSCRIBED BEFORE ME this 4 day of ~~December 2021~~, Jan 2022 by RAJ SHAH, who is [✓] personally known to me or [ ] produced _____ as identification.

Garima C. Dabral
Notary Public:
My Commission Expires: March 25, 2022

Notary Seal

Garima C. Dabral

GARIMA C DABRAL
Notary Public – State of Florida
Commission # GG 173756
My Comm. Expires Mar 25, 2022
Bonded through National Notary Assn.

| Incare Account # | PCMS # | Last Charge Date | Date Assigned to PCMS |
|---|---|---|---|
| XXX600 | XXXXX4071 | 11/23/2015 | 12/12/2016 |
| XXX519 | XXXXX3128 | 12/13/2015 | 12/12/2016 |
| XXX519 | XXXXX3128 | 12/13/2015 | 12/12/2016 |
| XXX412 | XXXXX3181 | 12/11/2015 | 12/12/2016 |
| XXX472 | XXXXX3323 | 11/22/2015 | 12/12/2016 |
| XXX646 | XXXXX3344 | 11/21/2015 | 12/12/2016 |
| XXX646 | XXXXX3344 | 11/21/2015 | 12/12/2016 |
| XXX333 | XXXXX3418 | 11/19/2015 | 12/12/2016 |
| XXX693 | XXXXX3676 | 12/6/2015 | 12/12/2016 |
| XXX693 | XXXXX3676 | 12/6/2015 | 12/12/2016 |
| XXX671 | XXXXX3735 | 12/4/2015 | 12/12/2016 |
| XXX671 | XXXXX3735 | 12/4/2015 | 12/12/2016 |
| XXX505 | XXXXX3776 | 12/3/2015 | 12/12/2016 |
| XXX505 | XXXXX3776 | 12/3/2015 | 12/12/2016 |
| XXX320 | XXXXX3877 | 11/30/2015 | 12/12/2016 |
| XXX320 | XXXXX3877 | 11/30/2015 | 12/12/2016 |
| XXX102 | XXXXX3925 | 11/28/2015 | 12/12/2016 |
| XXX102 | XXXXX3925 | 11/28/2015 | 12/12/2016 |
| XXX982 | XXXXX3963 | 11/27/2015 | 12/12/2016 |
| XXX982 | XXXXX3963 | 11/27/2015 | 12/12/2016 |
| XXX822 | XXXXX3990 | 11/26/2015 | 12/12/2016 |
| XXX822 | XXXXX3990 | 11/26/2015 | 12/12/2016 |
| XXX799 | XXXXX4039 | 11/24/2015 | 12/12/2016 |
| XXX799 | XXXXX4039 | 11/24/2015 | 12/12/2016 |
| XXX600 | XXXXX4071 | 11/23/2015 | 12/12/2016 |
| XXX915 | XXXXX4632 | 11/16/2015 | 12/12/2016 |
| XXX915 | XXXXX4632 | 11/16/2015 | 12/12/2016 |
| XXX844 | XXXXX4650 | 11/15/2015 | 12/12/2016 |
| XXX844 | XXXXX4650 | 11/15/2015 | 12/12/2016 |
| XXX225 | XXXXX3444 | 11/18/2015 | 12/12/2016 |
| XXX412 | XXXXX3181 | 12/11/2015 | 12/12/2016 |
| XXX321 | XXXXX3218 | 12/10/2015 | 12/12/2016 |
| XXX321 | XXXXX3218 | 12/10/2015 | 12/12/2016 |
| XXX964 | XXXXX3250 | 12/8/2015 | 12/12/2016 |
| XXX964 | XXXXX3250 | 12/8/2015 | 12/12/2016 |
| XXX472 | XXXXX3323 | 11/22/2015 | 12/12/2016 |
| XXX480 | XXXXX3378 | 11/20/2015 | 12/12/2016 |
| XXX480 | XXXXX3378 | 11/20/2015 | 12/12/2016 |
| XXX333 | XXXXX3418 | 11/19/2015 | 12/12/2016 |
| XXX059 | XXXXX3484 | 11/17/2015 | 12/12/2016 |
| XXX059 | XXXXX3484 | 11/17/2015 | 12/12/2016 |
| XXX685 | XXXXX3712 | 12/5/2015 | 12/12/2016 |
| XXX428 | XXXXX3801 | 12/2/2015 | 12/12/2016 |

Exhibit A

| Incare Account # | PCMS # | Last Charge Date | Date Assigned to PCMS |
|---|---|---|---|
| XXX428 | XXXXX3801 | 12/2/2015 | 12/12/2016 |
| XXX371 | XXXXX3832 | 12/1/2015 | 12/12/2016 |
| XXX371 | XXXXX3832 | 12/1/2015 | 12/12/2016 |
| XXX732 | XXXXX4019 | 11/25/2015 | 12/12/2016 |
| XXX732 | XXXXX4019 | 11/25/2015 | 12/12/2016 |
| XXX225 | XXXXX3444 | 11/18/2015 | 12/12/2016 |
| XXX315 | XXXXX3160 | 12/12/2015 | 12/12/2016 |
| XXX315 | XXXXX3160 | 12/12/2015 | 12/12/2016 |
| XXX584 | XXXXX3116 | 12/14/2015 | 12/12/2016 |
| XXX584 | XXXXX3116 | 12/14/2015 | 12/12/2016 |
| XXX758 | XXXXX3280 | 12/7/2015 | 12/12/2016 |
| XXX758 | XXXXX3280 | 12/7/2015 | 12/12/2016 |
| XXX685 | XXXXX3712 | 12/5/2015 | 12/12/2016 |

| Account Client Account # | Account Last Charge Date | Charge Detail SERVICE PROVIDER NAME |
|---|---|---|
| XXX505 | 12/3/2015 | Ahmed, Jahangir |
| XXX412 | 12/11/2015 | Kumar, Mukesh |
| XXX646 | 11/21/2015 | Robinson, Domain |
| XXX480 | 11/20/2015 | Hoosien, Ebrahim |
| XXX428 | 12/2/2015 | Ahmed, Jahangir |
| XXX059 | 11/17/2015 | Hoosien, Ebrahim |
| XXX822 | 11/26/2015 | SHAH, SHEELA R |
| XXX472 | 11/22/2015 | Robinson, Domain |
| XXX964 | 12/8/2015 | SHAH, SHEELA R |
| XXX519 | 12/13/2015 | Kumar, Mukesh |
| XXX671 | 12/4/2015 | Jumapao, Azucena |
| XXX732 | 11/25/2015 | SHAH, SHEELA R |
| XXX102 | 11/28/2015 | Kumar, Mukesh |
| XXX225 | 11/18/2015 | Hoosien, Ebrahim |
| XXX333 | 11/19/2015 | Hoosien, Ebrahim |
| XXX600 | 11/23/2015 | SHAH, SHEELA R |
| XXX915 | 11/16/2015 | Hoosien, Ebrahim |
| XXX320 | 11/30/2015 | Ahmed, Jahangir |
| XXX321 | 12/10/2015 | Kumar, Mukesh |
| XXX315 | 12/12/2015 | Kumar, Mukesh |
| XXX982 | 11/27/2015 | Ahmed, Jahangir |
| XXX685 | 12/5/2015 | Jumapao, Azucena |
| XXX693 | 12/6/2015 | Jumapao, Azucena |
| XXX758 | 12/7/2015 | Jumapao, Azucena |
| XXX844 | 11/15/2015 | SHAH, SHEELA R |
| XXX799 | 11/24/2015 | SHAH, SHEELA R |
| XXX584 | 12/14/2015 | Kumar, Mukesh |
| XXX371 | 12/1/2015 | Ahmed, Jahangir |

Exhibit "B"